# EXHIBIT 3

Case 2:18-cv-14244-JEM   Document 15-3   Entered on FLSD Docket 07/23/2018   Page 1 of 2

3120180037024 RECORDED IN THE RECORDS OF JEFFREY R. SMITH, CLERK OF CIRCUIT COURT INDIAN RIVER CO FL
BK: 3125 PG: 1222, 10/15/2018 2:48 PM

Case 2:18-cv-14244-JEM   Document 15-3   Entered on FLSD Docket 07/23/2018   Page 2 of 2

IN THE CIRCUIT COURT
INDIAN RIVER COUNTY, FLORIDA.

CASE NO. 312017CA000523

THE TENNIS TOWNHOUSES
CONDOMINIUM ASSOCIATION INC
c/o 1555 Indian River Blvd, Ste B-125, Vero Beach, FL 32960
    Plaintiff,

Vs.

PAMELA B STUART; EAGLEBANK; JOHN'S ISLAND PROPERTY OWNERS' ASSOCIATION INC; CATHERINE S RYAN and DEBORAH A STUART, as Beneficiaries of the J Raymond Stuart Revocable Trust dated January 2, 1990, as amended, and the Marital Deduction Trust and the Non-Martial Deduction Trust created thereunder; UNKNOWN TENANT IN POSSESSION #1; and UNKNOWN TENANT IN POSSESSION #2
c/o 756 Beachland Boulevard, Vero Beach, FL 32964-3686
    Defendant.

## PARTIAL SATISFACTION OF JUDGMENT BY CLERK

The undersigned Clerk acknowledges on this 15th day of June, 2018, receipt from COLLINS, BROWN, BARKETT, GARAVAGLIA, and LAWN, CHARTERED of $47296.79, comprised of $46,406.81 face amount of judgment; $160.00 interest accruing on the judgment through the date of payment; $13.98 costs of issuance of any execution; and $10.00 for recording.

Pursuant to section 55.141, Florida Statutes, said sum is paid to satisfy the lien and to discharge that certain portion of the final judgment in favor of THE TENNIS TOWNHOUSES CONDOMINIUM ASSOCIATION INC whose last known address, if known, is c/o 1555 INDIAN RIVER BLVD, STE B-125, VERO BEACH, FL 32960 against PAMELA B STUART; EAGLEBANK; JOHN'S ISLAND PROPERTY OWNERS' ASSOCIATION INC; CATHERINE S RYAN and DEBORAH A STUART, as Beneficiaries of the J Raymond Stuart Revocable Trust dated January 2, 1990, as amended, and the Marital Deduction Trust and the Non-Martial Deduction Trust created thereunder; UNKNOWN TENANT IN POSSESSION #1; and UNKNOWN TENANT IN POSSESSION #2 recorded in Official Records Volume/Book 3121, page 308 of the public records of Indian River County, Florida.

Upon the execution of this satisfaction, said judgment is satisfied and discharged.

If an address for the judgment holder was provided under section 55.10(1), Florida Statutes, I certify that a copy of this notice has been sent to the judgment holder at said address by certified mail with return receipt requested or by registered mail if the notice is to be sent outside the continental United States.

IN WITNESS WHEREOF the undersigned has set hand and seal this 15th day of June. 2018.

                                        JEFFREY R. SMITH, CLERK

                                        By: _Cynthia S_____
                                              Deputy Clerk