UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

| | |
|---|---|
| PAMELA B. STUART ) | |
| ) | |
| ) | |
| v. ) | Case No.   2:18-cv-14244-JEM/SMM |
| ) | |
| CATHERINE S. RYAN ) | |
| DEBORAH A. STUART ) | |
| THE TENNIS TOWNHOUSES ) | |
|     CONDOMINIUM ASSOC., INC. ) | |
| JEFFREY R. SMITH, as ) | |
| Clerk of the Circuit Court for ) | |
| Indian River County, Florida ) | |
| STATE OF FLORIDA ) | |
| _____ ) | |

FILED by ___ D.C.

JUL 2 3 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY

Pamela B. Stuart, plaintiff *pro se*, respectfully moves this Honorable Court for permission to access and file documents in this case using the CM/ECF system. In support of her motion, plaintiff relies on the following points and authorities.

1. Plaintiff was formerly a member of the bar of this Court. Her suspension by the Florida Bar had nothing to do with her law practice and was procured in part by Defendant Catherine Ryan's husband. Defendant has become familiar with electronic filing and prefers to use it rather than filing in person.

2. After this Court denied Plaintiff's motion for a temporary restraining order on June 26, 2018, Defendants Catherine Ryan and Deborah Stuart bid $71,100 at an electronic judicial foreclosure sale and were awarded a certificate of title to plaintiff's homestead which

was recently appraised to be worth $560,000. The trial court in Indian River County denied Pamela Stuart's objection to the sale on the grounds of gross inadequacy of the price and irregularities in the procedures used for the sale and a certificate of title will issue to Defendants. As a result, Pamela Stuart will lose her homestead and her home within driving distance to the courthouse.

3. Thanks to the efforts of Defendants Ryan and Stuart, plaintiff's livelihood has been severely reduced and she is currently existing on social security income and selling off her possessions. Electronic filing is cost-effective.

WHEREFORE, plaintiff requests that the Court order that she be permitted to use electronic filing for this case and that she be given a CM/ECF password (she already has a PACER account).

Dated: July 23, 2018                     Respectfully submitted,

*[signature]*
_____
PAMELA B. STUART
Plaintiff *pro se*
111 John's Island Drive #7
Vero Beach, FL 32963
772-231-3398
202-999-2374
Alt. Address:   PMB #8202
                6000 Hwy A1A
                Indian River Shores, FL 32963-1014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on July 23, 2018, I have served the foregoing motion for permission to file electronically by first class mail with postage pre-paid on C. Douglas Vitunac, Esq., Collins Brown, et al., 756 Beachland Boulevard, Vero Beach, FL 32963, attorney for Defendants Catherine Ryan and Deborah Stuart, Jeanette Genovese, registered agent for The Tennis Townhouses Condominium Association, Inc., 1 Turtle Beach Road, Vero Beach, Florida 32963; Jeffrey R. Smith, Clerk of Court, 2000 16th Avenue, Vero Beach, FL 32960, and Bruce Colton, State Attorney, 411 South 2nd Street, Ft. Pierce, FL 34950, attorney for the State of Florida in the 19th Judicial Circuit, this 23rd day of July, 2018.

/s/ Pamela B. Stuart

_____
PAMELA B. STUART