UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-14244-CIV-MARTINEZ/MAYNARD

PAMELA B. STUART,

    Plaintiff,

v.

CATHERINE S. RYAN, et al.,

    Defendants.
_____/



## AMENDED ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY (DE 16)
### and
### ORDER VACATING PRIOR ORDER (DE 30)

**THIS CAUSE** comes before this Court upon the above Motion in which she asks for permission to file documents in this case using the CM/ECF system. It is hereby,

**ORDERED AND ADJUDGED** that this Court's prior Order, found at DE 30, on the Plaintiff's Motion for Permission to File Electronically (DE 16) is **VACATED**. This Court replaces that Order with the instant Order. It is further,

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for Permission to File Electronically (DE 16) is **DENIED** to the extent that the Plaintiff asks for permission <u>to file</u> documents electronically on the docket using the CM/ECF system. The Plaintiff does not satisfy the requirements for using CM/ECF in that way. The Plaintiff shall comply with all conventional filing requirements and all other procedural requirements. The

Plaintiff shall ensure that the Clerk of Court receives her filings in time to docket them by applicable filing deadlines. It is further,

**ORDERED AND ADJUDGED** that to the extent the Plaintiff asks for permission to receive NEF's, her request is moot. The Plaintiff already is receiving NEF's. Moreover, because this Court now is able to confirm that she is receiving NEF's, this Court will not mail her hard paper copies of rulings to her mailing address from this point forward. This Court will rely only on NEF's for that purpose. The Plaintiff shall make sure to monitor the email address where she receives NEF's and to monitor the PACER system. It is lastly,

**ORDERED AND ADJUDGED** that this Court reminds the Plaintiff to refrain from contacting Chambers directly. See Local Rule 7.7 and the "Pro Se Filers Important Information" brochure (available on the Court's website). The Plaintiff shall raise all requests for relief by way of motions sent to the Clerk of Court for docketing.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of August, 2018.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

CC: Counsel of Record (via CM/ECF NEF)
    Pamela B. Stuart, pro se (via CM/ECF NEF)