UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14244-CIV-MARTINEZ/MAYNARD

PAMELA B. STUART,

    Plaintiff,

v.

CATHERINE S. RYAN, et al.,

    Defendants.
_____/



## ORDER STRIKING PLAINTIFF'S RESPONSES; ORDER GIVING THE PLAINTIFF ADDITIONAL TIME TO FILE SIGNED RESPONSES; AND ORDER DENYING MOTION TO DISMISS (DE 15) AS MOOT

**THIS CAUSE** comes before this Court sua sponte. At issue are the four Responses (DE 27, 32, 34 & 36) that the Plaintiff files in response to the various Defendants' Motions to Dismiss. The Plaintiff signs her Responses at DE 32, 34 & 36 with a typewritten "/s/ Pamela B. Stuart". That form of signature is permitted only for those who file pleadings electronically via CM/ECF. See Section 3J of the CM/ECF Administrative Procedures. The Plaintiff is not an authorized CM/ECF filer. Therefore she must file pleadings conventionally. Conventionally filed pleadings must bear an original ("wet") signature. See Section 2F of the Civil Filing Requirements. Proper signature is needed to satisfy the requirements of Rule 11 of the Federal Rules of Civil Procedure. The problem with the fourth Response (DE 27) is

that it is incomplete. It ends abruptly mid-sentence at page 25. That suggests that there are additional pages omitted. Not only does it lack its remaining pages, but it lacks a signature block, as well. It is therefore,

**ORDERED AND ADJUDGED** that the defective Responses (DE 27, 32, 34 & 36) are **STRICKEN** pursuant to Rule 11(a), Fed.R.Civ.P. It is further,

**ORDERED AND ADJUDGED** that this Court extends the deadline for responding to the Defendants' Motions to Dismiss. The Plaintiff now has until **WEDNESDAY, SEPTEMBER 5, 2018** to re-file her Responses. She shall make sure that the Clerk of Court has those Responses in time to docket them by that date. (The standard time for filing the Replies shall apply.) It is lastly,

**ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss (DE 15) is **DENIED** as moot. That Defendant later amended its Motion to Dismiss and that pleading, found at DE 21, now is operative. This Court denies the prior version for the purely administrative function of terminating it as a pending motion and to keep the docket sheet clear. That is why this Court rules on it by way of its own Order rather than by way of a Report and Recommendation.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of August, 2018.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

CC: Counsel of Record (via CM/ECF NEF)
    Pamela B. Stuart, pro se (via CM/ECF NEF)