UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 18-14244-Civ-MARTINEZ/Maynard

PAMELA B. STUART,

Plaintiff,

v.

CATHERINE S. RYAN,
DEBORAH A. STUART,
TENNIS TOWNHOUSES
CONDOMINIUM ASSOCIATION, INC.,
JEFFREY R. SMITH, and
STATE OF FLORIDA,

Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Catherine S. Ryan and Deborah A. Stuart submit this notice to advise the Court that, on October 1, 2018, the United States Supreme Court denied Plaintiff Pamela B. Stuart's petition for certiorari in *Stuart v. Ryan*, Case No. 18-85. The Supreme Court's complete order list is attached as Exhibit "A". The denial of certiorari is reflected on page 40.[1]

Respectfully submitted, this 1st day of October, 2018.

/s/ *C. Douglas Vitunac*

C. DOUGLAS VITUNAC, ESQ.
Florida Bar No. 0028598
COLLINS, BROWN, BARKETT,
GARAVAGLIA, and LAWN, CHARTERED.
*Attorneys for Defendants Catherine S. Ryan*
*& Deborah A. Stuart*
756 Beachland Boulevard
Vero Beach, Florida 32964-3686
(772) 231-4343
dvitunacpleadings@verolaw.com

---

[1] The "Questions Presented" section of Plaintiff's petition, which raised the same constitutional issues as the First and Second Causes of Action in this case, is attached as Exhibit "B".

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2018, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff *pro se* Pamela B. Stuart and all counsel of record via transmission of Notices of Electronic Filing.

/s/ *C. Douglas Vitunac*

C. DOUGLAS VITUNAC, ESQ.
Florida Bar No. 0028598
COLLINS, BROWN, BARKETT,
GARAVAGLIA, and LAWN, CHARTERED.
*Attorneys for Defendants Catherine S. Ryan*
*& Deborah A. Stuart*
756 Beachland Boulevard
Vero Beach, Florida 32964-3686
(772) 231-4343
dvitunacpleadings@verolaw.com

# Exhibit A

(ORDER LIST: 586 U.S.)

MONDAY, OCTOBER 1, 2018

CERTIORARI -- SUMMARY DISPOSITIONS

17-8035     MANNERS, ERICK V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Sessions* v. *Dimaya*, 584 U. S. ___ (2018).

17-8244     RICHITELLI, JAY A. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of *Sessions* v. *Dimaya*, 584 U. S. ___ (2018).

17-8349     PARRALES-GUZMAN, HECTOR V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Sessions* v. *Dimaya*, 584 U. S. ___ (2018).

17-8523   )   BRILEY, DAVID V. UNITED STATES
          )
17-8608   )   PEMBROOK, NATHANIEL V. UNITED STATES
          )
17-9235   )   CALHOUN, SHAEED V. UNITED STATES

The motions of petitioners for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted. The judgment is vacated, and the cases are remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Sessions* v. *Dimaya*, 584 U. S. ___ (2018).

17-8526   WARD, MILTON N. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the District of Columbia Court of Appeals for further consideration in light of *Class* v. *United States*, 583 U. S. ___ (2018).

17-8655   PINEDA, JOSE L. V. SESSIONS, ATT'Y GEN.

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Sessions* v. *Dimaya*, 584 U. S. ___ (2018).

17-8876   BANNISTER, QUINTON V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further

consideration in light of *Sessions* v. *Dimaya*, 584 U. S. \_\_\_

(2018).

17-9248     DIEZ, MARTIN V. JONES, SEC., FL DOC, ET AL.

The motion of petitioner for leave to proceed *in forma
pauperis* and the petition for a writ of certiorari are granted.
The judgment is vacated, and the case is remanded to the United
States Court of Appeals for the Eleventh Circuit for further
consideration in light of *Wilson* v. *Sellers*, 584 U. S. \_\_\_
(2018).

18-88      GRAMM, RICHARD V. DEERE & CO.

The petition for a writ of certiorari is granted.  The
judgment is vacated, and the case is remanded to the United
States Court of Appeals for the Federal Circuit for further
consideration in light of *SAS Institute Inc.* v. *Iancu*, 584 U. S.
\_\_\_ (2018).

## ORDERS IN PENDING CASES

18M1      FATHER V. ME DEPT. OF HEALTH, ET AL.

The motion for leave to file a petition for a writ of
certiorari under seal is granted.

18M2      ATWOOD, FRANK J. V. RYAN, DIR., AZ DOC, ET AL.

18M3      WRIGHT, JAELEN V. THOMAS NELSON COLLEGE, ET AL.

18M4      WAGNER, WALTER L., ET AL. V. UNITED STATES TRUSTEE, ET AL.

The motions to direct the Clerk to file petitions for writs
of certiorari out of time are denied.

18M5      STEPHENS, KENTON W. V. ALLIANT TECHSYSTEMS, ET AL.

18M6      BROWN, BARBARA E. V. WELLMAN, DAVEN T., ET AL.

The motions to direct the Clerk to file petitions for writs
of certiorari out of time under Rule 14.5 are denied.

18M7      MALNES, BRIAN E. V. FLAGSTAFF, AZ, ET AL.

          The motion for leave to proceed as a veteran is denied.

18M8      JASON K. V. ME DEPT. OF HEALTH, ET AL.

          The motion for leave to file a petition for a writ of
          certiorari under seal is granted.

18M9      RODRIGUEZ, OSCAR V. UNITED STATES

          The motion for leave to file a petition for a writ of
          certiorari with the supplemental appendix under seal is granted.

18M10     ODUOK, INYANG P. V. CARNES, JULIE E., ET AL.

18M11     CHARLES, CARLTON I. V. McCAIN, WARDEN

18M12     CYNTHIA R. V. CHILDREN'S AID SOCIETY

          The motions to direct the Clerk to file petitions for writs
          of certiorari out of time are denied.

18M13     HENDERSON, TOMMIE L. V. VIP TAXI LLC, ET AL.

          The motion for leave to proceed as a veteran is denied.

18M14     AQUINO-FLORENCIANI, NOEL V. UNITED STATES

          The motion for leave to file a petition for a writ of
          certiorari under seal with redacted copies for the public record
          is granted.

18M15     YORK, WILLIAM C. V. SOCIAL SECURITY ADMINISTRATION

          The motion to direct the Clerk to file a petition for a writ
          of certiorari out of time is denied.

18M16     THELEMAQUE, CLAUDE V. UNITED STATES

          The motion for leave to file a petition for a writ of
          certiorari with the supplemental appendix under seal is granted.

18M17     SEALED APPELLEE V. UNITED STATES

          The motion for leave to file a petition for a writ of
          certiorari under seal with redacted copies for the public record

4

is granted.

18M18      BLACK, MELISSA V. LARIMER COUNTY, CO

18M19      JONES, DANIEL V. SEDITA, FRANK A., ET AL.

          The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

18M20      MURRAY, ROGER W. V. RYAN, DIR., AZ DOC

18M21      JONES, RANDY A. V. UNITED STATES

18M22      LASCHKEWITSCH, JOHN B. V. RELIASTAR LIFE INSURANCE CO.

18M23      M. E. D. V. NEW JERSEY

          The motions for leave to file petitions for writs of certiorari with the supplemental appendices under seal are granted.

18M24      MONTOYA, LUISA G. V. WELLS FARGO BANK, N.A.

          The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

18M25      MORENO, BANI V. UNITED STATES

          The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.  Justice Gorsuch took no part in the consideration or decision of this motion.

18M26      SPIGHT, JAMILLO D. V. UNITED STATES

18M27      GARRETT, JEROME C. V. BRENNAN, POSTMASTER GEN.

18M28      BEST, COLECO T. V. KIMBLE, WARDEN

          The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

18M29      ZAPATA, MONSERRATE V. PECO, ET AL.

          The motion for leave to proceed as a veteran is denied.

18M30      PHILLIPS, EDWARD S. V. PHILLIPS, DAWN L.

18M31      HENSON, JOHN V. GRIEM, DARREN

18M32      FEARING, MARLENE V. UNITED STATES TRUSTEE, ET AL.

18M33      CHRONISTER, JEFFREY L. V. SOUTH CAROLINA, ET AL.

           The motions to direct the Clerk to file petitions for writs
           of certiorari out of time are denied.

18M34      MEDINA, HECTOR V. UNITED STATES

           The motion for leave to file a petition for a writ of
           certiorari with the supplemental appendix under seal is granted.

18M35      JOSSIE, CHERYL L. V. CVS PHARMACY

           The motion for leave to proceed as a veteran is denied.

18M36      LARSON, HARVEY E. V. WALLACE, BARBARA J., ET AL.

18M37      OCASIO, JUAN C. V. MSPB

18M38      HOWARD, CHARLES V. UNITED STATES

           The motions to direct the Clerk to file petitions for writs
           of certiorari out of time are denied.

16-1275    VIRGINIA URANIUM, INC., ET AL. V. WARREN, JOHN, ET AL.

17-204     APPLE INC. V. PEPPER, ROBERT, ET AL.

           The motions of the Solicitor General for leave to
           participate in oral argument as *amicus curiae* and for divided
           argument are granted.

17-773     CULBERTSON, RICHARD A. V. BERRYHILL, NANCY A.

           The motion of the Solicitor General for divided argument is
           granted.

17-949     STURGEON, JOHN V. FROST, BERT, ET AL.

           The motion of petitioner to dispense with printing the joint
           appendix is granted.

17-961     FRANK, THEODORE H., ET AL. V. GAOS, PALOMA, ET AL.

           The joint motion of respondents for divided argument is
           granted.  The motion of the Solicitor General for leave to

6

participate in oral argument as *amicus curiae* and for divided argument is granted.  The motion of Former Professor Roy A. Katriel for leave to participate in oral argument as *amicus curiae* and for divided argument is denied.

17-1011    JAM, BUDHA I., ET AL. V. INTERNATIONAL FINANCE CORP.

The motion of petitioners to dispense with printing the joint appendix is granted.  The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

17-1042    BNSF RAILWAY CO. V. LOOS, MICHAEL D.

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

17-1175    POARCH BAND OF CREEK INDIANS V. WILKES, CASEY MARIE, ET AL.

The Solicitor General is invited to file a brief in this case expressing the views of the United States.

17-1184    BIESTEK, MICHAEL J. V. BERRYHILL, NANCY A.

The motion of petitioner to dispense with printing the joint appendix is granted.

17-1272    HENRY SCHEIN, INC., ET AL. V. ARCHER AND WHITE SALES, INC.

The motion of petitioners to file Volume II of the joint appendix under seal is granted.

17-1498    ATLANTIC RICHFIELD CO. V. CHRISTIAN, GREGORY A., ET AL.

17-1529  )  CLEARSTREAM BANKING S.A. V. PETERSON, DEBORAH D., ET AL.
         )
17-1530  )  BANCA UBAE, S.P.A. V. PETERSON, DEBORAH D., ET AL.
         )
17-1534  )  BANK MARKAZI V. PETERSON, DEBORAH, ET AL.

17-1678    HERNANDEZ, JESUS C., ET AL. V. MESA, JESUS

17-1686    RPX CORPORATION V. CHANBOND LLC

17-1712     THOLE, JAMES J., ET AL. V. U.S. BANK, N.A., ET AL.

The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

17-8151     BUCKLEW, RUSSELL V. PRECYTHE, DIR., MO DOC, ET AL.

The motion of petitioner to file Volume III of the joint appendix under seal with redacted copies of the transcript for the public record is granted.

17-8555     ANDERSON, HARVEY V. VENTURE EXPRESS

The motion of petitioner for leave to proceed *in forma pauperis* is denied.  Petitioner is allowed until October 22, 2018, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

17-8689     GILLESPIE, NEIL V. REVERSE MORTGAGE, ET AL.

The motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* is denied.

17-8719     DE VERA, MARIO V. UNITED AIRLINES, INC.

The motion of petitioner for leave to proceed *in forma pauperis* is denied.  Petitioner is allowed until October 22, 2018, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

17-8794     IN RE ANDREW R. SPENGLER

The motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* is denied.

17-9105     DEBEIKES, MATTHEW J. V. HAWAIIAN AIRLINES, ET AL.

17-9226     GREEN, GREGORY V. HORRY COUNTY, SC, ET AL.

17-9295     JEANTY, HAMERTON V. NY CITY DEPT. OF FINANCE

```
17-9306     TRINH, LAN TU V. TRINH, KATHLEEN LIEN

17-9323     IN RE STEPHANIE MICHAEL

18-5026     YATES, FERNANDO V. WEST CONTRA COSTA SCHOOL DIST.

18-5137     DANIEL, MAURICE V. BROOKLYN LAW SCHOOL

18-5537     OPENGEYM, ALLA V. HEARTLAND EMPLOYMENT SERVICES

18-5670     CAMPISE, MARGARET V. NEW YORK COMMISSIONER OF LABOR

18-5683     IN RE TODD BRITTON-HARR

18-5786     THOMAS, DONELL A. V. UNITED STATES
```

The motions of petitioners for leave to proceed *in forma pauperis* are denied.  Petitioners are allowed until October 22, 2018, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

### CERTIORARI DENIED

```
17-1140     STAMBLER, LEON V. MASTERCARD INTERNATIONAL INC.

17-1198     MARTINS BEACH 1, ET AL. V. SURFRIDER FOUNDATION

17-1222     MULTNOMAH COUNTY, OR V. UPDIKE, DAVID, ET AL.

17-1252     B/E AEROSPACE, INC. V. C&D ZODIAC, INC.

17-1283     ATLANTA MED. CTR., INC., ET AL. V. CARE IMPROVEMENT PLUS

17-1286  )  NATIONAL MINING ASSN. V. ZINKE, SEC. OF INTERIOR, ET AL.
         )
17-1290  )  AM. EXPLORATION & MIN. ASSN. V. ZINKE, SEC. OF INTERIOR, ET AL.

17-1316     SPORTSWEAR, INC. V. SAVANNAH COLLEGE

17-1320     GARVIN, SEAN V. NEW YORK

17-1332     JANG, G. DAVID V. BOSTON SCIENTIFIC CORP., ET AL.

17-1335     CONSOLIDATION COAL CO. V. DIR., OWCP, ET AL.

17-1343     DAVIS, SHAWN L. V. MISSISSIPPI

17-1349     JOHNSON, RANDY V. UNITED STATES

17-1376     NORFOLK SOUTHERN RAILWAY CO. V. PARSONS, MICHAEL
```

17-1383    EMPIRE DISTRIBUTION INC. V. TWENTIETH CENTURY FOX, ET AL.

17-1384    DROPLETS, INC. V. IANCU, ANDREI

17-1393    PAVAN, MARISA N., ET AL. V. SMITH, NATHANIEL

17-1398    SWC, LLC, ET AL. V. HERR, DAVID A., ET AL.

17-1408    BRECKINRIDGE HEALTH, ET AL. V. AZAR, SEC. OF H&HS

17-1411    AKER BIOMARINE, ET AL. V. HUYNH, NAM C., ET AL.

17-1419    LUMMI TRIBE, ET AL. V. UNITED STATES

17-1432    COUNTY OF AMADOR, CA V. DEPT. OF INTERIOR, ET AL.

17-1442    DIMOND RIGGING CO. V. ORDOS CITY HAWTAI, ET AL.

17-1453    COMMUNITY HEALTH SYS., ET AL. V. NY EMPLOYEES' RETIREMENT, ET AL.

17-1456    KENNEDY, MICHAEL T. V. SKADDEN ARPS SLATE, ET AL.

17-1459    WORLD PROGRAMMING LTD. V. SAS INSTITUTE, INC.

17-1470    FIVE STAR SENIOR LIVING V. LEFEVRE, LOURDES

17-1472    INDIANA V. BOWMAN, ROBERT, ET AL.

17-1474    NASSAR, ROSANA B. V. NASSAR, EDUARDO B.

17-1476    FORT WORTH, TX, ET AL. V. DARDEN, ERIC C.

17-1477    U.S., EX REL. CHASE V. CHAPTERS HEALTH SYSTEM, INC.

17-1479    GENTRY, JOHN A. V. THOMPSON, JOE H.

17-1480    SUN, XIU J. V. POLLAK, CHERY L.

17-1485    MIRANDA-MONDRAGON, IRMA V. NAUTILUS INSURANCE CO.

17-1486    PINNAVARIA, CARMEN V. TROUT VALLEY ASSOC., ET AL.

17-1490    NEIDERMEYER, MATTHEW V. CALDWELL, MICHAEL

17-1497  )  AM. TECHNICAL CERAMICS CORP. V. PRESIDIO COMPONENTS, INC.
         )
17-1649  )  PRESIDIO COMPONENTS, INC. V. AM. TECHNICAL CERAMICS CORP.

17-1503    JOHNSON, ANTHONY J. V. STORIX, INC.

17-1505    TAVARES, ROGERIO S. V. ENTERPRISE RENT-A-CAR

17-1507    ALPINE PCS, INC. V. UNITED STATES

17-1508    McCALL, WILLIE V. MORANT, SAMUEL, ET AL.

17-1509     UNITED STATES, EX REL. BARRICK V. PARKER-MIGLIORINI INT'L, ET AL.

17-1512     SHEN, ZIMING V. NEW YORK, NY

17-1513     KEITHLY, CRYSTAL A. V. ROBERTS, WAYNE, ET AL.

17-1514     LEE, PETER M. V. TEXAS

17-1515     TAYLOR, HARRY B. V. GEORGIA

17-1516     EVANS, GEORGE V. UNITED STATES

17-1517     OLYMPIC STEWARDSHIP FOUNDATION V. WASHINGTON ENVIRONMENTAL, ET AL.

17-1518     SUN, XIU J. V. ASIELLO, JOHN P., ET AL.

17-1522     SUN, XIU J. V. SUPREME COURT OF NY

17-1528     ROSS, GREGORY S. V. KENTUCKY

17-1533     LEED HR, LLC, ET AL. V. MITCHELL, JEFF R.

17-1535     ASRARI, VAHID V. DEPT. OF HOMELAND SECURITY

17-1536     MMA CONSULTANTS 1, INC. V. PERU

17-1537     MORRISON, PATRICIA V. QUEST DIAGNOSTICS INC., ET AL.

17-1538     COULTER, JEAN V. FORREST, THOMAS, ET AL.

17-1541     SOBEL, EITAN V. RUTLAND, VT

17-1543     OLIVAR, BRENDA, ET AL. V. PUBLIC SERVICE EMPLOYEE, ET AL.

17-1546     STANKEVICH, ANDREW J. V. KAPLAN, SABINA, ET AL.

17-1547     SAUERS, PETER V. LOWER SOUTHAMPTON, PA

17-1548     PENNSYLVANIA HIGHER EDUCATION V. SILVER, NEIL

17-1549     MORSY E. V. COMM'R, CT DEPT. OF CHILDREN

17-1550     FAILON, BRIAN K. V. COMPASS CHEMICAL INTERNATIONAL

17-1551     STRATTON, BENJAMIN J. V. VIRGINIA

17-1552     BRUCE, JEANETTE M. V. POTOMAC ELECTRIC POWER CO.

17-1553     DE LA CRUZ, JOSE V. KAILER, ALAN, ET AL.

17-1554     BERNSTEIN, STEVEN W. V. WELLS FARGO BANK, N.A., ET AL.

17-1555     ORNSTEIN, IAN V. BANK OF AMERICA, ET AL.

17-1557     TORTORA, JOHN A. V. ALVAREZ, MARIA I.

17-1560      VIGGERS, ALFONOSO I. V. VIGGERS, MARIA

17-1564      CORNELIO, JAMES P. V. CONNECTICUT, ET AL.

17-1565      GERAGOS & GERAGOS, APC V. FIRST SOLAR, INC.

17-1569      CALLWOOD, GLADIS V. JONES, JAY, ET AL.

17-1571      MARRANCA, MICHAEL V. LOYTSKER, VALERY

17-1574      SANDS, DEBRA K. V. MENARD, JOHN R., ET AL.

17-1576      VIGGERS, ALFONSO I. V. PACHA, AL-AZHAR F., ET AL.

17-1578      BACQUIE, RICHARD V. NEW YORK

17-1580      SOLOMON, MICHAEL R. V. DESERT HEALTHCARE, ET AL.

17-1582      BENOIT, CARL J., ET UX. V. ST. CHARLES GAMING CO., INC.

17-1584      BARTELT, DANIEL J. V. WISCONSIN

17-1587      BRINGMAN, WILLIAM P. V. JOHNSON, KYLE, ET AL.

17-1588      GERRARD, GARY V. WHITE, MICHAEL S.

17-1589      HICKERSON, DEBORAH M. V. YAMAHA MOTOR CORP., ET AL.

17-1590      INTEGRATED TECHNOLOGICAL SYSTEMS V. FIRST INTERNET BANK OF INDIA

17-1591      HOSKINS, ANDRE V. UNITED STATES, ET AL.

17-1595      GLORIOSO-BRANDT, ROSE V. AZAR, SEC. OF H&HS

17-1596      FRANCIS, BRAD S., ET UX. V. UNITED STATES

17-1598      PEFFER, JULIE, ET VIR V. STEPHENS, MIKE

17-1599      OHIO, EX REL. WALGATE, ET AL. V. KASICH, GOV. OF OH, ET AL.

17-1600      TODD, NICHOLAS L. V. CALIFORNIA

17-1601      BARONE, NICOLE V. WELLS FARGO BANK, N.A.

17-1603      KELLEY, WILLIAM H. V. FLORIDA

17-1605      KINNEY, CHARLES V. CLARK, MICHELE R.

17-1608      HOLKESVIG, RANDY V. NORTH DAKOTA

17-1609      BEST AUTO REPAIR, INC., ET AL. V. UNIVERSAL INS. GROUP, ET AL.

17-1612      HINDS, TERRY L. V. UNITED STATES

17-1613      WIEST, CHRISTOPHER D. V. USDC SD OH, ET AL.

17-1615     MACPHERSON, DONALD V. CIR

17-1617     ACE PARTNERS, LLC V. EAST HARTFORD, CT, ET AL.

17-1619     MORRIS, JAMES C. V. BRANCH BANKING AND TRUST CO.

17-1620     E. B. V. WICOMICO CTY. SOC. SERV., ET AL.

17-1621     ANDERSON, RODNEY Y. V. DAVIS, DIR., TX DCJ

17-1622     DENNIS, BALTIMORE B. V. SESSIONS, ATT'Y GEN.

17-1626     ASSADIAN, HAMID R. V. PARSI, REZA, ET AL.

17-1627     LEE, WARDEN V. CLINARD, JASON

17-1628     SHIN, MYOUNGCHUL, ET AL. V. UNI-CAPS, LLC, ET AL.

17-1629     SUI, YAN, ET AL. V. MARSHACK, RICHARD A.

17-1630     SUI, YAN, ET AL. V. MARSHACK, RICHARD A.

17-1631     T. B., ET VIR V. P. M., ET UX.

17-1632     McGUIRK, MICHELLE L. V. SWISS RE FINANCIAL, ET AL.

17-1634     TEAMAH, JOHN A. V. APPLIED MATERIALS, INC.

17-1635     TRI-CITIES HOLDINGS LLC, ET AL. V. TN ADMIN. DIV., ET AL.

17-1637     DOE, JOHN V. HOLCOMB, GOV. OF IN, ET AL.

17-1639     STREAMBEND PROPERTIES II, ET AL. V. IVY TOWER MINNEAPOLIS, ET AL.

17-1640     MIRA, LESLIE M. V. KINGSTON, JOHN, ET AL.

17-1642     HEREDIA, NORMA V. WALMART STORES TX, LLC

17-1643     NOLAN, DAVID B. V. DEPT. OF ENERGY

17-1644     SUN, XIU J. V. NY HUMAN RESOURCES, ET AL.

17-1645     BOMBARDIER PRODUCTS, ET AL. V. ARCTIC CAT INC.

17-1646     LYON, LeFLORIS V. CANADIAN NATIONAL R. CO., ET AL.

17-1648     GEO GROUP, INC. V. MENOCAL, ALEJANDRO, ET AL.

17-1650     KEARNY, NJ V. NJ SPORTS AND EXPOSITION AUTH.

17-1651     BATES, LAURENCE A., ET UX. V. PENTWATER, MI

17-1652     CREDIT ONE BANK, N.A. V. ANDERSON, ORRIN S.

17-1653     TOWN CENTER FLATS V. ECP COMMERCIAL II

13

| | |
|---|---|
| 17-1658 | LYLES, JEMEL M. V. UNITED STATES |
| 17-1659 | VICKS, JASON, ET UX. V. OCWEN LOAN SERVICING, ET AL. |
| 17-1661 | HARTFIELD, VERONICA, ET AL. V. EIGHTH JUDICIAL DISTRICT, ET AL. |
| 17-1662 | ASPEN INS. LTD., ET AL. V. BLACK & VEATCH CORPORATION |
| 17-1663 | CHECKSFIELD, KEVIN V. BERG, STEFAN |
| 17-1664 | GREGORY, KEITH V. UNITED STATES |
| 17-1665 | DIXON, JOSEPH V. EAST COAST MUSIC MALL, ET AL. |
| 17-1666 | DIVEGLIA, CYNTHIA V. PA DEPT. OF TRANSPORTATION |
| 17-1667 | CREATIVE VISION RESOURCES V. NLRB |
| 17-1668 | NASHVILLE DOWNTOWN PLATINUM, LLC V. METROPOLITAN DEV. & HOUSING |
| 17-1670 | OSKOUI, SYDNEY M. V. ACOSTA, SEC. OF LABOR |
| 17-1671 | MIDAMINES SPRL LTD., ET AL. V. KBC BANK N.V. |
| 17-1674 | YUFA, ALEKSANDR L. V. TSI INC. |
| 17-1675 | McINTOSH, MARKUTTER V. ESTATE OF TURNER |
| 17-1677 | BRADLEY, COLLEEN M. V. WEST CHESTER UNIVERSITY, ET AL. |
| 17-1680 | BUSTAMANTE, RAFAEL V. UNITED STATES |
| 17-1681 | TANNER-BROWN, LEATRICE, ET AL. V. ZINKE, SEC. OF INTERIOR, ET AL. |
| 17-1682 | BRANUM, JASON, ET AL. V. UNITED STATES |
| 17-1683 | BROOKS, DAVID H. V. UNITED STATES |
| 17-1684 | FRANCE, JANICE V. PATRICK, SHARON |
| 17-1685 | MAMAKOS, JEAN, ET AL. V. HUNTINGTON, NY, ET AL. |
| 17-1687 | SUHL, THEODORE E. V. UNITED STATES |
| 17-1688 | OZARK MATERIALS RIVER ROCK, LLC V. BENHAM, DAVID |
| 17-1689 | PERSAUD, TARAMATIE V. UNITED STATES |
| 17-1690 | COONEY, JOSEPH V. BARRY SCHOOL OF LAW |
| 17-1691 | BAYLAY, MARTYN V. ETIHAD AIRWAYS P.J.S.C. |
| 17-1694 | SUN, XIU J. V. SCHNEIDERMAN, ERIC T., ET AL. |
| 17-1695 | CA TEACHERS' RETIREMENT, ET AL. V. ALVAREZ, AIDA M., ET AL. |

```
17-1696      LEWIS, MICHAEL T. V. PHEAA, ET AL.

17-1697      MARSHALL, LEIGH A. V. ROYAL CARIBBEAN CRUISES

17-1706      PUIATTI, CARL V. FLORIDA

17-1707      NICHIA CORPORATION, ET AL. V. EVERLIGHT ELECTRONICS CO., LTD.

17-1708      SMITH, ADONIA K. V. LOUDOUN CTY. PUB. SCH.

17-1709      KENDALL, SEAN V. OLSEN, BRETT, ET AL.

17-1711      HUBBARD, RICHARD R. V. KAISER FOUNDATION HEALTH, ET AL.

17-1714      TAVARES, CHARLES A. V. BRIDGELOAN INVESTORS, INC.

17-1716      HENRY, HIAWATHA, ET AL. V. CASH BIZ, LP, ET AL.

17-1718      DEUTSCH, JON R. V. PHIL'S ICEHOUSE, INC., ET AL.

17-7297      GONZALEZ GARIBAY, RAYMUNDO V. UNITED STATES

17-7335      YOUNG, ALTON V. UNITED STATES

17-7476      JUNGWIRTH, SARAH E. V. LEE, WEN-HSIEN H.

17-7613      HARPER, ADARIUS V. UNITED STATES

17-7640      SAMS, CEDRICK V. QUINN, DANIEL, ET AL.

17-7703   )  OLDHAM, JOHNATHAN V. UNITED STATES
          )
17-8386   )  NORWOOD, ALEXANDRA V. UNITED STATES
          )
17-8393   )  WALKER, JONATHAN V. UNITED STATES

17-7732      BROWN, TIMOTHY V. MASSACHUSETTS

17-7801      BAGI, SCOTTIE A. V. PARMA, OH

17-7873      BARINAS, EDUARDO V. UNITED STATES

17-7930      BOYER, JONATHAN V. VANNOY, WARDEN

17-7939      CASTILLO-MURION, DAMIEN V. UNITED STATES

17-7970   )  ROBINSON, CARL L. V. UNITED STATES
          )
17-7989   )  MARTIN, CHRISTOPHER D. V. UNITED STATES

17-7988      MATHURIN, JAMES V. UNITED STATES

17-8008      LEON, NESTOR V. UNITED STATES

17-8041      MONTEIRO, FRANCISCO V. UNITED STATES
```

```
17-8059     BEAVERS, MAURICE J. V. UNITED STATES

17-8073     COBO-COBO, NICOLAS V. UNITED STATES

17-8170     HIMES, KYLE R. V. JONES, SEC., FL DOC, ET AL.

17-8180     ROBERTSON, MARK V. DAVIS, DIR., TX DCJ

17-8198     JACOBY, TIMOTHY M. V. PENNSYLVANIA

17-8202     TRUELOVE, TRACY N. V. UNITED STATES

17-8224     NEWMILLER, TODD V. RAEMISCH, DIR., CO DOC, ET AL.

17-8260     GRIFFIN, ERIC L. V. UNITED STATES

17-8270     HARRIS, MARCUS L. V. UNITED STATES

17-8274     BRANDON, CLEVELAND V. WILSON, WARDEN

17-8280     KING, GREGORY V. UNITED STATES

17-8292     VELASCO, DAVID V. UNITED STATES

17-8298     PATTERSON, ALFRED L. V. UNITED STATES

17-8331     PABON, ROBERTO V. UNITED STATES

17-8345     WARD, GENE V. UNITED STATES

17-8352     MARTIN, JOHANNES T. V. LIVING ESSENTIALS, LLC

17-8365     DONAT, DARRELL S. V. UNITED STATES

17-8370     FLOWERS, KENNETH V. UNITED STATES

17-8411     CHAPPELL, TERRANCE V. UNITED STATES

17-8413     VERWIEBE, ERIC M. V. UNITED STATES

17-8418     MAXWELL, JUSTIN V. UNITED STATES

17-8421     HUTTON, PERCY V. SHOOP, WARDEN

17-8432     ALI, MURTAZA V. ALLBAUGH, DIR., OK DOC, ET AL.

17-8443     MOLINAR, ROGELIO S. V. UNITED STATES

17-8476     SCOTT, MICHAEL D. V. UNITED STATES

17-8485     PANNULLO, FRANK V. UNITED STATES

17-8524     ANTHONY, DONALD G. V. UNITED STATES

17-8527     VEGA-ORTIZ, MARTIN V. UNITED STATES
```

16

```
17-8543      PAYNE, PERVIS V. TENNESSEE

17-8553      BLANKENSHIP, MICHAEL A. V. PASTRANA, WARDEN

17-8567      SAMPLE, MICHAEL V. TENNESSEE

17-8576      JOHNSON, DONNIE E. V. TENNESSEE

17-8587      ARJUNE, MARIO V. NEW YORK

17-8599      SHOCKLEY, LANCE V. GRIFFITH, WARDEN

17-8616      HARNDEN, PAMELA S. V. MI DEPT. OF H&HS, ET AL.

17-8623      NICHOL, CRAIG J. V. COLORADO

17-8624      CELAYA-CARTAJENA, JUAN C. V. UNITED STATES

17-8629      HENRY, MICHAEL J. V. UNITED STATES

17-8632      JOHNSON, LINDSEY V. UNITED STATES

17-8639      VERGARA, HERNANDO J. V. UNITED STATES

17-8645      PRESTEGUI, JOSE V. V. MADDEN, WARDEN

17-8646      MEDINA, ANGEL V. JOHNSON, ADM'R, NJ, ET AL.

17-8664      PADILLA, JOSE G. V. UNITED STATES

17-8666      OWENS, REBECCA J. V. LOUISIANA

17-8668      ROTONDO, MICHAEL J. V. GASPARINI, ANGELA C.

17-8670      DINGLER, JOSEPH V. MILESTONE MANAGEMENT, ET AL.

17-8680      WILLIAMS, LAWRENCE V. McCAIN, WARDEN

17-8681      WALKER, DeMUN D. V. USDC WD MO

17-8683      BARNETT, DAVID V. MISSOURI

17-8686      HUTTON, PERCY V. SHOOP, WARDEN

17-8688      ASSA'AD-FALTAS, MARIE-THERESE V. COLUMBIA, SC

17-8690      BELL, QUENTIN E. V. KEETON, WARDEN

17-8691      BARNETT, HENRY C. V. SULLIVAN, ACTING WARDEN

17-8693      BOHANNAN, MICHAEL V. GRIFFIN, WESLEY, ET AL.

17-8699      LOPEZ, JERRY V. NEVADA

17-8703      SOLIS-ALONZO, AMED A. V. UNITED STATES
```

17

17-8707     NOZISKA, CHAD E. V. UNITED STATES

17-8708     GRANT-FARLEY, AARON V. GEORGIA

17-8712     ALFRED, JERRY N. V. JONES, SEC., FL DOC

17-8716     BARNETT, RICKY A. V. DAVIS, DIR., TX DCJ

17-8717     LINDER, CLINTON V. HAVILAND, WARDEN

17-8718     BELL, CLEVELAND V. VANNOY, WARDEN

17-8722     W. P. V. WEST VIRGINIA

17-8724     WHITFIELD, ERNEST V. FLORIDA

17-8725     VALDIVIA, OMAR V. FRAUENHEIM, WARDEN

17-8730     PRICE, MARVIN V. OVERMYER, SUPT., FOREST, ET AL.

17-8732     NAYLOR, NAFEESA H. V. HARRELL, LEE, ET AL.

17-8733     CARNEY, WILLIAM R. V. TEXAS

17-8737     MARKHAM, OJI K. V. MINNESOTA

17-8748     WILLIAMS, JAMES V. CLARK, OFFICER, ET AL.

17-8750     MILLS, BRYAN G. V. SESSIONS, ATT'Y GEN.

17-8751     PATTERSON, PERRY J. V. DAVIS, DIR., TX DCJ

17-8753     KLEIN, PAUL S. V. WILLIAMS, BRIAN, ET AL.

17-8755     MAYES, DENNIS L. V. TEXAS

17-8756     LAROSE, AARON V. MISSOURI

17-8761     BARGO, MICHAEL E. V. UNITED STATES, ET AL.

17-8764     GUBANIC, FRANK V. UNITED STATES

17-8768     RODRIGUEZ, OSIEL V. RATLEDGE, CHARLES

17-8770     EVANS, LAVELLE V. DAVIS, DIR., TX DCJ

17-8773     DANIELS, TED D. V. UNITED STATES, ET AL.

17-8778     SMITH, FREDERICK S. V. WISCONSIN

17-8779     DAWSON, TIMMY A. V. DAVIS, DIR., TX DCJ

17-8780     CAINES, LUKE V. GASTELO, WARDEN

17-8781     TAYLOR, BOBBY L. V. JACKSON, WARDEN

```
17-8786      DEVEAUX, DIN V. CALDWELL, WARDEN

17-8789      CROWDER, BUCK R. V. TEXAS

17-8793      RUSSELL, DEMITRI A. V. BIELEFELD, AMY, ET AL.

17-8795      QUIROZ, VICENTE V. MORAN, JOHN T., ET AL.

17-8799      ZELEDON, NELSON V. HATTON, WARDEN

17-8808      KESSLER, DOUGLAS V. OVERMYER, SUPT., FOREST

17-8810      WHO INK, GUS V. UNITED STATES

17-8812      NASEMAN, PAUL V. MICHIGAN

17-8815      PEREZ, JUAN V. FLORIDA

17-8816      ACKERMAN, GREGORY T., ET UX. V. BANK OF NEW YORK MELLON

17-8817      COLLINS, SYLVESTER D. V. GEORGIA

17-8820      STONE, LUTHER C. V. JOHNSON, SHEILA, ET AL.

17-8822      DuBOIS, ANTHONY V. MWV HEALTHCARE, ET AL.

17-8824      CONNER, HARRY V. METROPOLITAN LIFE INS., ET AL.

17-8827      LACEY, MARCUS V. ILLINOIS

17-8834      WALCK, MITCHELL V. CORIZON HEALTH CARE, ET AL.

17-8839      THOMAS, GEORGE R. V. CALIFORNIA

17-8841      MANTEPAN, PHILOMENE V. DEROSE, KENNETH, ET AL.

17-8842      JACKSON, VALENTINO V. GEORGIA

17-8843      SMALL, BRUCE L. V. FLORIDA

17-8845      EASON, ANTHONY J. V. CLARKE, DIR., VA DOC

17-8846      RAMEY, CORTRELL A. V. UNITED STATES

17-8847      SATTERWHITE, CRISTIAL V. FRISCH'S RESTAURANT, ET AL.

17-8849      HAMPTON, SAMUEL E. V. STRAIGER, STEVEN, ET AL.

17-8850      HUTSON, RANDEL V. GIURBINO, WARDEN

17-8851      YOUNG, TALARICO V. NEW YORK

17-8856      SHANK, DAVID J. V. CORIZON HEALTH SERVICES, ET AL.

17-8857      SMITH, ARTHUR C. V. UNITED STATES
```

```
17-8865      GRAZZINI-RUCKI, SANDRA S. V. RUCKI, DAVID V.

17-8867      CLOPTON, JOHN B. V. MURPHY, JUDGE

17-8869      JORDAN, DERICK J. V. LOUISIANA

17-8870      KERSEY, GEORGE E. V. PRUDENTIAL INS. CO. OF AMERICA

17-8881      RODRIGUEZ, JESUS V. UNITED STATES

17-8883      SWINGTON, TRIVANSKY V. WATERLOO, IA, ET AL.

17-8887      FORTUNE, MAURICE P. V. HERRING, MARK R.

17-8888      HENRY, DARRICELL V. CARUSO, PATRICIA, ET AL.

17-8892      MORRISON, RAYMOND V. FLORIDA

17-8894      WARNER, ADELBERT H. V. McLAUGHLIN, JAMES F.

17-8895      NYABWA, COLLINS O. V. CORR. CORP. OF AMERICA

17-8896      LEONARD, STEPHEN D. V. FLORIDA

17-8900      CURRY, JEFFREY M. V. KLEE, WARDEN

17-8901      GROGGER, SHANE M. V. GENOVESE, WARDEN

17-8902      FERGUSON, JEVON V. JONES, SEC., FL DOC

17-8903      HEATH, JAMES C. V. NEW YORK

17-8905      ISRAEL, ALBERIC V. FL DEPT. OF CHILDREN, ET AL.

17-8908      MARTINEZ, VICTOR V. ROBERTSON, ACTING WARDEN

17-8909      JARAMILLO, MIGUEL A. V. NEW YORK

17-8911      JONES, GERALD V. ILLINOIS

17-8913      STOKES, JOHN P., ET UX. V. FIRST AMERICAN TITLE CO., ET AL.

17-8915      RAMIREZ, NARCISO V. CALIFORNIA

17-8916      SONIAT, SHELLEY V. HUD, ET AL.

17-8917      GILBERT, ELISHA V. DANIELS, FREDERICK, ET AL.

17-8918      FRANKLIN, ALOYSIUS P. V. VALENZUELA, WARDEN

17-8919      GARCIA, LENIN V. PICKETT, GINA, ET AL.

17-8920      FUENTES, GUILLERMO V. JONES, SEC., FL DOC

17-8922      DURAN, JONATHAN V. MUSE, JASON B., ET AL.
```

17-8923     EVANS, STEVEN M. V. FLORIDA

17-8924     MURRA, OLGA S. V. UNITED STATES

17-8927     HARRIS, GREGORY T. V. VIGIL, JOE, ET AL.

17-8928     GARCIA, JOHN V. TEXAS

17-8930     HORTON, TONY L. V. ARIZONA

17-8931     HOWELL, RICKY D. V. DAVIS, DIR., TX DCJ

17-8932     FLORES, GERARDO V. DAVIS, DIR., TX DCJ

17-8935     CAMPBELL, CHARLIE V. NYC TRANSIT AUTHORITY

17-8937     FERGUSON-CASSIDY, CASH J. V. LOS ANGELES, CA, ET AL.

17-8939     TERRY, ORNETTE M. V. NEW JERSEY

17-8947     PETERSON, ANGEL V. BURRIS, ROCKY, ET AL.

17-8948     POWELL, PHILLIP J. V. MICHIGAN

17-8949     ALEXANDER, MICHAEL V. MILLER, SUPT., GREAT MEADOW

17-8953     CRUICKSHANK, CARLINGTON V. UNITED STATES

17-8956     BONNER, ANDREW K. V. CUMBERLAND HIGH SCHOOL DISTRICT

17-8961     HARRINGTON, ROBERT L. V. WINN, WARDEN

17-8962     GU, DE MIN V. FBI, ET AL.

17-8963     HERBERT, RICHARD V. CVS PHARMACY, ET AL.

17-8967     MERRICK, ANTHONY J. V. BRNOVICH, MARK, ET AL.

17-8968     MOORE, RACHEL V. BREWER, WARDEN

17-8970     BLAKENEY, STEVEN V. UNITED STATES

17-8971     BARTLETT, ALAN M. V. PINEDA, JUDGE, ETC., ET AL.

17-8972     BROWN, STEVEN D. V. CALIFORNIA

17-8973     JONES, JOHN V. ILLINOIS

17-8977     SLATER, PAUL W. V. DAVIS, DIR., TX DCJ

17-8983     ALDANA, JESUS A. V. SANTORO, WARDEN

17-8989     BROWN, MORRIS L. V. JONES, SEC., FL DOC

17-8990     BOSTIC, TEDDY G. V. DAVIS, JEANETTE A., ET AL.

17-8994    AMANKRAH, SAMUEL K. V. ANGLEA, ACTING WARDEN

17-8997    TURRIETA, PAUL A. V. UNITED STATES

17-8998    LUNA-BARRAGAN, MAURICIO V. UNITED STATES

17-8999    REED, LOUIS V. HARTFORD SUPER 8, ET AL.

17-9002    ARGON, FRANCISCO V. CA DOC, ET AL.

17-9004    STURGES, DEANDRE A. V. CURTIN, WARDEN

17-9007    BAILEY, ROBERT G. V. GARDNER, JOSEPH, ET AL.

17-9010    WIMBERLY, LARRY V. UNITED STATES, ET AL.

17-9012    WINSTON, EUGENIA V. BANK OF NOVA SCOTIA

17-9014    OXNER, BRUCE L. V. UNITED STATES

17-9015    PITTMAN, DAVID J. V. JONES, SEC., FL DOC, ET AL.

17-9016    PRINCE, DANIEL V. LOUISIANA

17-9018    LITTLEJOHN, EMMANUEL V. ROYAL, WARDEN

17-9019    JOHNSON, DARREN D. V. MACKIE, WARDEN

17-9022    ABDUL-SALAAM, SEIFULLAH V. PENNSYLVANIA

17-9024    JACOBS, FRANK M. V. MICHIGAN

17-9025    LIDDELL, THOMAS V. NJ DOJ

17-9027    LACAYO, GHAZIR V. TANNER, WARDEN

17-9030    CURRY, RICHARD L. V. CLARKE, DIR., VA DOC

17-9031    MARTIN, JOHANNES T. V. WENDY'S INT'L, INC., ET AL.

17-9032    MAXBERRY, DENNIS L. V. UNITED STATES

17-9034    TAYLOR, ROBERT R. V. JONES, SEC., FL DOC

17-9035    DUMA, KHADIJA V. WMATA

17-9036    ROBINSON, SHAUN V. NV SYSTEM OF HIGHER ED.

17-9040    MEREDITH, MARIAN V. O'ROURKE, SEC. OF VA

17-9046    HAMMONDS, ARTEZ V. DUNN, COMM'R, AL DOC

17-9047    ALBERT, LENORE L. V. STATE BAR OF CA

17-9048    PIRELA, SIMON V. WETZEL, SEC., PA DOC, ET AL.

```
17-9051      SMITH, JAMES E. V. ARKANSAS

17-9052      WHITE, DONYALL V. KNIGHT, SUPT., CORRECTIONAL

17-9054      TOWBRIDGE, OTIS L. V. FLORIDA

17-9056      CONRAD, JUSTIN B. V. MAYS, WARDEN

17-9058      CARTER, KENNETH E. V. BERRYHILL, NANCY A.

17-9060      BARNETT, ROBERT H. V. LAUREL COUNTY, KY, ET AL.

17-9062      BELL, RENEE D. V. U.S. BANK NAT'L ASSN.

17-9063      BELL, RENEE D. V. U.S. BANK NAT'L ASSN., ET AL.

17-9064      BELL, RENEE D. V. PLM LIMITED PARTNERSHIP, ET AL.

17-9069      DEGRATE, ANTOINE D. V. HARRIS, CLERK, USSC

17-9071      BAILEY, QUINCY V. WHITE, WARDEN

17-9072      QUINN, JERIMIAH V. UNITED STATES

17-9074      CHONG, HARSON V. UNITED STATES

17-9075      RAMIREZ, ORLANDO V. GEORGIA

17-9076      BROWN, RICK E. V. UNITED STATES

17-9077      CONDON, ROBERT A. V. UNITED STATES

17-9078      ARLOTTA, JAMES P. V. BANK OF AMERICA, N.A., ET AL.

17-9079      RUIZ, SANTOS V. UNITED STATES

17-9080      REYES-QUINTERO, ANDRES V. UNITED STATES

17-9081      STINNETT, LARRY W. V. UNITED STATES

17-9084      UPTERGROVE, CHARLES W. V. UNITED STATES

17-9085      WESTINE, JOHN G. V. UNITED STATES

17-9087      MEMBRENO-AREVALO, SANTOS L. V. UNITED STATES

17-9088      ROLON, SAUL S. V. UNITED STATES

17-9089      HIRSCH, ARTHUR V. TENNESSEE

17-9090      GAGNON, RAYMOND A. V. UNITED STATES

17-9091      HUMPHREYS, BRIAN V. WELLS FARGO BANK, N.A.

17-9092      HELTON, CHRISTOPHER W. V. PASH, WARDEN
```

| 17-9093 | DAVIS, BRIAN L. V. YORK CTY. BD. OF SUPERVISORS |
| 17-9094 | BARRIOS, JORGE W. V. UNITED STATES |
| 17-9095 | DIAZ, JOSE H. V. UNITED STATES |
| 17-9096 | PARUM, STEVEN A. V. UNITED STATES |
| 17-9098 | MARTIN, JACE R. V. UNITED STATES |
| 17-9099 | LONGORIA, EDWARD V. UNITED STATES |
| 17-9102 | HORTON, CHRISTOPHER B. V. CALIFORNIA |
| 17-9103 | GLEASON, JOHN W. V. CALIFORNIA |
| 17-9104 | CARMENATE-PALENCIA, BYRON O. V. SESSIONS, ATT'Y GEN. |
| 17-9106 | FRAZIER, HENRY L. V. WARDEN |
| 17-9108 | HURD, DALE R. V. LIZARRAGA, WARDEN |
| 17-9109 | GARRINGER, YANCEY J. V. UNITED STATES |
| 17-9111 | GIRARD, DAVID A. V. UNITED STATES |
| 17-9112 | GUERRERO, MIGUEL V. UNITED STATES |
| 17-9113 | HUDGINS, MARVIN V. UNITED STATES |
| 17-9114 | HARDY, PHILLIP V. UNITED STATES |
| 17-9116 | HOWARD, ANDREW V. UNITED STATES |
| 17-9117 | FRANKLIN, JERRY V. HAWLEY, JOSHUA, ET AL. |
| 17-9118 | WILLIAMS, ANTWAIN L. V. CALIFORNIA |
| 17-9119 | SHUE, JOSHUA C. V. NEVADA |
| 17-9120 | GLENEWINKEL, JAY E. V. UNITED STATES |
| 17-9121 | HERNANDEZ, ESPIGMENIO V. UNITED STATES |
| 17-9122 | GEREBIZZA, ALFRED V. UNITED STATES |
| 17-9124 | GJURAJ, ISNI V. UNITED STATES |
| 17-9125 | LEWIS, MALVERN L. V. NOGAN, ADM'R, E. JERSEY, ET AL. |
| 17-9126 | ARAMBUL-DURAN, MARTIN V. UNITED STATES |
| 17-9131 | PINET-FUENTES, WILLIAM V. UNITED STATES |
| 17-9132 | WALDROP, BOBBY W. V. DUNN, COMM'R, AL DOC, ET AL. |

| | |
|---|---|
| 17-9133 | VERDUZCO, JOSE A. V. SPEARMAN, WARDEN |
| 17-9135 | THOMAS, BRIAN A. V. UNITED STATES |
| 17-9136 | TERRY, BARRY V. UNITED STATES |
| 17-9137 | ALVAREZ, JESSE V. UNITED STATES |
| 17-9138 | HILL, JOSEPH W. V. DAVIS, DIR., TX DCJ |
| 17-9139 | YUN, JOHN L. V. DIAZ, SEC., CA DOC |
| 17-9140 | FRIE, BOBBY V. UNITED STATES |
| 17-9141 | HAREN, JEFFREY V. UNITED STATES |
| 17-9142 | HALL, PATRICK D. V. UNITED STATES |
| 17-9143 | HOLDER, RAMELL V. UNITED STATES |
| 17-9144 | HONISH, MARK F. V. UNITED STATES |
| 17-9145 | MALOY, ROBERT V. NEW YORK |
| 17-9146 | LEWIS, JAMAL V. NEW JERSEY |
| 17-9147 | GARCIA, RAMON V. UNITED STATES |
| 17-9148 | FRAZIER, DeJUAN V. UNITED STATES |
| 17-9149 | GREEN, SPURGEON V. UNITED STATES |
| 17-9150 | FORTSON, ANDREW V. EPPINGER, WARDEN |
| 17-9152 | LUMA, NANCY V. FL DEPT. OF REVENUE |
| 17-9153 | JONES, VICTOR T. V. FLORIDA |
| 17-9154 | BRIGHT, HERMAN V. BRYSON, COMM'R, GA DOC |
| 17-9156 | TURNER, JACK E. V. VIRGINIA |
| 17-9157 | HARRIS, IAN M. V. UNITED STATES |
| 17-9158 | BASKIN, CHRISTOPHER V. UNITED STATES |
| 17-9160 | TOPILINA, IRINA V. UNITED STATES |
| 17-9161 | BATES, KAYLE B. V. FLORIDA, ET AL. |
| 17-9162 | PERRY, STEVE E. V. UNITED STATES |
| 17-9163 | LOPEZ-COTTO, PEDRO V. UNITED STATES |
| 17-9164 | PEMBERTON, STEVEN M. V. UNITED STATES |

25

```
17-9165     WITHERSPOON, JESSE V. UNITED STATES

17-9166     HARRIS, JEREMY W. V. UNITED STATES

17-9167     KRYGER, CHRISTOPHER D. V. SOUTH DAKOTA

17-9168     STUDHORSE, KEITH B. V. UNITED STATES

17-9172     RYAN, TIMOTHY V. UNITED STATES

17-9173     SUGGS, ERNEST D. V. FLORIDA, ET AL.

17-9174     DABNEY, KENYA V. MASSACHUSETTS

17-9176     HIGGINS, LAQUENCY V. UNITED STATES

17-9177     GOWADIA, NOSHIR S. V. UNITED STATES

17-9178     GARCIA-ESPARZA, JOHNNY V. UNITED STATES

17-9179     GRIMALDO, LAURO A. V. UNITED STATES

17-9180     FREDERICK, LEON A. V. UNITED STATES

17-9181     GENTILE, DINO M. V. UNITED STATES

17-9182     GONZALEZ, CESAR A. V. UNITED STATES

17-9183     HODGE, JAMAR R. V. UNITED STATES

17-9184     GARCIA, CARLOS V. BURT, WARDEN

17-9185     GUADARRAMA, GUSTAVO V. V. UNITED STATES

17-9186     FALKENHORST, RAINER E. V. HARRIS CTY. CHILDREN'S SERVICES

17-9187     MURPHY, JAMES F. V. UNITED STATES

17-9188     MEARS, RICHARD D. V. UNITED STATES

17-9189     MILTIER, RONALD V. UNITED STATES

17-9190     PALMER, KIMBERLY D. V. UNITED STATES

17-9191     MEAUX, STACY M. V. LOUISIANA

17-9192     GROSE, GLEN E. V. OUTLAW, WARDEN

17-9194     GARDNER, MANUEL V. NEW MEXICO

17-9195     HOOD, DANIEL R. V. DIAZ, SEC., CA DOC

17-9196     KALABA, ROBERT V. UNITED STATES

17-9197     JANATSCH, JASON M. V. UNITED STATES
```

| 17-9198 | TAFOYA, RODOLFO V. UNITED STATES |
| 17-9199 | BUSTAMANTE, JACQUELINE V. UNITED STATES |
| 17-9200 | DASA, SATYA K. V. CAIN, SUPT., SNAKE RIVER |
| 17-9202 | SORENSEN, PAUL C. V. WASHINGTON |
| 17-9203 | RAMOS, EVERETT V. UNITED STATES |
| 17-9204 | RHODES, RICHARD W. V. FLORIDA |
| 17-9205 | ROSALES-AGUILAR, DAVID V. UNITED STATES |
| 17-9206 | SWEET, WILLIAM E. V. FLORIDA |
| 17-9207 | DAVIS, DON W. V. ARKANSAS |
| 17-9208 | EVANS, ANTHONY V. UNITED STATES |
| 17-9209 | ALLBROOKS, CARLOUSE L. V. NORTH CAROLINA |
| 17-9210 | BUTTERCASE, JOSEPH J. V. NEBRASKA |
| 17-9211 | ZAITSEV, TAMARA V. KELLER, SHAWN |
| 17-9212 | WU, GEORGE V. UNITED STATES |
| 17-9213 | WILLIAMS, STEVEN D. V. KENT, WARDEN |
| 17-9214 | KRAWCZUK, ANTON J. V. JONES, SEC., FL DOC |
| 17-9215 | MATHIS, JAY G. V. UNITED STATES |
| 17-9216 | KENNEDY, RAFAEL D. V. ILLINOIS |
| 17-9217 | KEY, JERRY L. V. UNITED STATES |
| 17-9219 | ALEXANDER, KALI V. UNITED STATES |
| 17-9220 | HEIKKILA, CHRISTOPHER V. UNITED STATES |
| 17-9222 | FREE, JOHN C. V. WASHINGTON |
| 17-9224 | HUSBAND, EUNICE V. EBBERT, WARDEN |
| 17-9225 | FRANK, RONALD V. PENNSYLVANIA |
| 17-9227 | GERAY, JASON V. MUNIZ, WARDEN |
| 17-9228 | HAMILTON, CHARLES V. BRANNON, WARDEN |
| 17-9229 | GLADDEN, THOMAS E. V. BARBER, WARDEN, ET AL. |
| 17-9230 | FARRAR, STEPHEN L. V. PETERS, DIR., OR DOC, ET AL. |

17-9231      FORD, DAMIEN V. DOE, JOHN, ET AL.

17-9232      FAWLEY, BENJAMIN W. V. CLARKE, DIR., VA DOC

17-9233      HENDRIX, MICHAEL P. V. TEXAS

17-9234      LEVINE, SAM L. V. STATE BAR OF GEORGIA

17-9236  )   CHANNON, BRANDI V. UNITED STATES
         )
17-9242  )   CHANNON, MATTHEW V. UNITED STATES

17-9237      RICE, JOSEPH R. V. MONTGOMERY, ACTING WARDEN

17-9241      SMITH, CHARLES V. PENNSYLVANIA

17-9243      STEPHENS, JASON D. V. FLORIDA, ET AL.

17-9244      JOHNSON, MONTAVIUS A. V. MITCHELL, WARDEN

17-9245      LOPEZ, ELVIS R. V. KEY, SUPT., AIRWAY HEIGHTS

17-9246      MARQUARDT, MICHAEL V. FLORIDA

17-9247      CASSIANO, MIKE V. UNITED STATES

17-9249      RAMNARAINE, SHELDON J. V. UNITED STATES

17-9250      FLOWERS, EZEKIEL V. UNITED STATES

17-9251      KARBAN, STEPHEN F. V. BRNOVICH, MARK, ET AL.

17-9252      LUCERO, MANUEL R. V. TURCO, THOMAS A., ET AL.

17-9253      PIERRE, ALEX H. V. ATT'Y GRIEVANCE COMMITTEE

17-9254      FRATICELLI, JORGE G. V. PENNSYLVANIA

17-9256      GRIFFITH, CHRISTOPHER ED. V. BLADES, WARDEN

17-9257      FOLLANSBEE, CLIFFORD A. V. RYAN, DIR., AZ DOC, ET AL.

17-9258      GARRETT, CRAIG K. V. PARAMO, WARDEN

17-9260      COLEBROOK, TEENA V. CIT BANK

17-9261      CROMARTIE, STACIA V. ALABAMA STATE UNIVERSITY, ET AL.

17-9267      SMITH, LOUIS D. V. UNITED STATES

17-9268      SCHNEIDER, DARRYL V. WELKER, ROBERT

17-9270      STEELE, MARCUS A. V. CHEATHAM, WARDEN

17-9271      FRANK, WILBERT V. RACKLEY, WARDEN

```
17-9272        TIPPINS, JOHNNY V. CARUSO, PATRICIA, ET AL.

17-9273        TIPPINS, JOHNNY V. NWI-1, INC., ET AL.

17-9274        ANDERSON, MAURICE V. LOUISIANA

17-9275        ARIAS, FULGENCIO V. UNITED STATES

17-9277        ZAPATA-OCHOA, GUSTAVO V. UNITED STATES

17-9278   )    CORTEZ-LUNA, JOSE A. V. UNITED STATES
          )
17-9402   )    SERRATO-NAVARRO, ENRIQUE V. UNITED STATES

17-9279        UDOH, EMEM U. V. DOOLEY, WARDEN

17-9280        MORTON, CHRISTOPHER L. V. UNITED STATES

17-9281        GRAY, HEATH V. GILMORE, SUPT., GREENE, ET AL.

17-9282        GRABLE, BARRETT V. TURNER, WARDEN

17-9283        IOANE, MICHAEL S. V. UNITED STATES

17-9285        HARWELL, MICHAEL V. SCHWEITZER, WARDEN

17-9286        HARDEN, JOSEPH V. BOWERSOX, WARDEN

17-9287        HOLLIS, MARTE V. PFISTER, WARDEN

17-9288        SMITH, ISAAC J. V. UNITED STATES

17-9289        RODGERS, ROBERT F. V. ALABAMA

17-9291        SULLIVAN, CLEOLA V. UNITED STATES

17-9292        STYLES, ARTHUR B. V. DEPT. OF VETERANS AFFAIRS

17-9293        SCOTT, MARCUS L. V. DAVIS, DIR., TX DCJ

17-9294        REDIC, LARRY V. RACKLEY, WARDEN

17-9296        HASTINGS, WILLIAM J. V. BERGHUIS, WARDEN

17-9297        HAMILTON, ROBERT L. V. STRAHOTA, WARDEN

17-9298        GLOVER, THOMAS V. WOODS, WARDEN

17-9299        GALVAN, JENNIFER V. STEWART, WARDEN

17-9300        HAWKINS, MARQUEZ T. V. CLARKE, DIR., VA DOC

17-9301        FOUNTAIN, FREDDIE V. RUPERT, WARDEN, ET AL.

17-9302        HOWARD, ASHLEY M. V. TEXAS
```

```
17-9303     GEOTCHA, ROBERT G. V. TEXAS

17-9304     FABRICANT, DANNY V. UNITED STATES

17-9305     WRIGHT, MICHAEL S. V. UNITED STATES

17-9307     KIRKPATRICK, SARAH V. UNITED STATES

17-9308     JOHNSON, PRESTON L. V. UNITED STATES

17-9309     MAXWELL, GLEN R. V. CALIFORNIA

17-9311     JOHNSON, CHARLETTE D. V. UNITED STATES

17-9312     HIGLEY, DAMEION V. UNITED STATES

17-9313     McMAHON, JOHNNY E. V. NEVEN, WARDEN, ET AL.

17-9314     MILLER, DAVID V. JONES, SEC., FL DOC

17-9315     AGUILAR, ROBERT V. UNITED STATES

17-9316     EDWARDS, KHALIF V. UNITED STATES

17-9317     HALL, RICHARD L. V. DETROIT, MI, ET AL.

17-9318     INMAN, GUY A. V. DAVIS, DIR., TX DCJ

17-9319     GIVENS, CHARLES V. ALLEN, WARDEN

17-9320     HYDE-EL, MASON W. V. POOLE, KATIE

17-9321     GUZMAN, JOSE W. V. MADDEN, WARDEN

17-9322     HAFFER, GRETCHEN A. V. NEW HAMPSHIRE

17-9325     NELSON, JOSHUA D. V. FLORIDA

17-9327     MALLORY, CAROLE V. SIMON & SCHUSTER, INC., ET AL.

17-9328     MALDONADO-ZELAYA, JOSE V. UNITED STATES

17-9329     JEFFRIES, SONNY R. V. FLORIDA

17-9330     MELTON, ANTONIO L. V. FLORIDA

17-9331     CHASSON, AMOS V. SESSIONS, ATT'Y GEN.

17-9333     THYBERG, MATTHEW F. V. UNITED STATES

17-9334     SMITH, ARLEN P. V. MYRICK, SUPT., TWO RIVERS

17-9335     SMITH, ARLEN P. V. CAIN, SUPT., SNAKE RIVER, ET AL.

17-9336     SHEFFIELD, ALFRED V. BURT, WARDEN
```

```
17-9337      SUSALLA, JOSEPH V. HARRY, WARDEN

17-9338      SCHNAGL, AARON J. V. MINNESOTA

17-9341      McLAMB, ROBERT V. UNITED STATES

17-9342      MEDINA-AVALOS, JOSE LUIS V. UNITED STATES

17-9343      JENKINS, EDMUND L. V. UNITED STATES

17-9344      ENGLAND, JULIANA J. V. UNITED STATES

17-9345      LASCHKEWITSCH, JOHN V. TRANSAMERICA LIFE INS. CO.

17-9346      WOODWARD, DAVID L. V. KANSAS

17-9347      ALDANA, RAFAEL, ET AL. V. UNITED STATES

17-9348      BOWLES, GARY R. V. FLORIDA

17-9349      JOHNSON, JASON C. V. ILLINOIS

17-9350      LE, THI H. V. UNITED STATES

17-9351      TRIPLETT, DESMOND O. V. WYOMING

17-9352      VIOLA, ANTHONY L. V. BENNETT, MARK S.

17-9354      WALKER, RONALD V. UNITED STATES

17-9356      WALSH, JOSEPH E. V. OREGON

17-9357      DEASON, CALEB V. UNITED STATES

17-9358      GRAVES, SHAUN L. V. UNITED STATES

17-9359      VALDEZ, ANTONIO L. V. UNITED STATES

17-9360      BOOKER, STEPHEN T. V. JONES, SEC., FL DOC

17-9361      BELL, MICHAEL B. V. FLORIDA

17-9362      DOCKERY, RICKY V. CLARK, SUPT., ALBION, ET AL.

17-9363      McFARLIN, SHAWNDELL M. V. HARRIS, CLERK, USSC, ET AL.

17-9364      MOLINA, ANTONIO V. PENNSYLVANIA

17-9365      OKOH, JOSEPH V. VIRGINIA

17-9367      NEWBERG, STEVEN V. PALMER, JACK, ET AL.

17-9368      RANDLE, JEFFREY V. MISSISSIPPI

17-9370      SANTAMARIA, ELIAS O. V. UNITED STATES
```

31

```
17-9371     SIMS, VINCENT V. TENNESSEE

17-9372     RAMIREZ, JULIO C. V. UNITED STATES

17-9373     REECE, CHARLES G. V. BASI, AMRICK, ET AL.

17-9375     DILLBECK, DONALD D. V. FLORIDA

17-9376     DURAN, JOSEPH S. V. GROUNDS, WARDEN

17-9380     LONG, ROBERT J. V. FLORIDA

17-9381     MAYO, WILLIAM V. OPPMAN, MICHAEL, ET AL.

17-9382     LEWIS, AMANDA E. V. JONES, SEC., FL DOC, ET AL.

17-9383     MITCHELL, JOHN D. V. DAVIS, DIR., TX DCJ

17-9385     MAYHEW, GORDON M. V. ARIZONA

17-9386     BRADLEY, DONALD V. JONES, SEC., FL DOC

17-9387     TAPPEN, DANIEL L. V. JONES, SEC., FL DOC

17-9388     TOWNE, JR., EDWIN A. V. VERMONT

17-9389     FOSTER, CHARLES K. V. FLORIDA

17-9390     MARTINEZ-GONZALEZ, DAVID V. UNITED STATES

17-9391     JIANG, JIYAO V. UNITED STATES

17-9392     GRANT, PATRICIA A. V. WHITE, JAY, ET AL.

17-9393     GASPARD, AMERY, ET AL. V. DEA TASK FORCE, ET AL.

17-9394     FAROOQ, ABDUSH S. V. RUSSELL, WARDEN

17-9395     HINES, KENNIE V. DAVIS, DIR., TX DCJ

17-9396     HOUK, ERIC E. V. IOWA

17-9397     HORSLEY, MICHAEL V. JONES, SEC., FL DOC, ET AL.

17-9398     ROCK, MARTIN E. V. EXECUTIVE PARK OF DURHAM ASSN.

17-9401     QUINCE, KENNETH D. V. FLORIDA

17-9403     ROBY, RANDY V. DEMOURA, SUPT., CONCORD

17-9404     BURGETT, CHARLES L. V. PORTER, SHEILA, ET AL.

17-9405     IVORY, ROBERT L. V. HUBBARD, CONNIE

17-9406     INGRAM, PATRICK B. V. DAVIS, DIR., TX DCJ
```

17-9407     ISASI, RICHARD V. ANNUCCI, COMM'R, NY DOC

17-9408     ZOGRAFIDIS, KONSTANTINOS V. UNITED STATES

17-9409     SUTTON, GARY W. V. TENNESSEE

17-9410     RAMIREZ, JUAN C. V. HOOKS, SEC., NC DPS

17-9412     HANKISHIYEV, RAFAEL G. V. ARUP LABORATORIES, ET AL.

17-9414     COLTON, LAWRENCE L. V. USDC MN

17-9415     ROBINSON, JOHN C. V. SC DEPT. OF PROBATION, ET AL.

17-9416     KELLY, JOSHUA V. UNITED STATES

17-9417     SEALED APPELLANT V. SEALED APPELLEE

17-9418     BARTON, RICHARD W. V. UNITED STATES

17-9419     PAIGE, WILLIAM H. V. JONES, SEC., FL DOC

17-9420     PORTER, NASHID V. JOYNER, WARDEN

17-9421     OBEGINSKI, AARON V. GEORGIA

17-9422     NUNN, IKE S. V. KELLEY, DIR., AR DOC

17-9423     WOODS, JIMMY D. V. ARIZONA

17-9424     McBRIDE, MICHAEL W. V. UNITED STATES

17-9425     MOORE, LEE E. V. OHIO

17-9426     MILLER, DENNIS V. WETZEL, SEC., PA DOC, ET AL.

17-9427     CARTER, SHAN E. V. SHERRILL, JOHN W., ET AL.

17-9428     JOHNSON, GREGORY D. V. DAVIS, DIR., TX  DCJ

17-9429     MANZO-RIOS, FRANCISCO J. V. UNITED STATES

17-9430     JACKSON, BRIDGETTE L. V. UNITED STATES

17-9431     LAWRENCE, GARY V. FLORIDA

17-9432     JENKINS, JERRY L. V. UNITED STATES

17-9433     JUNOD, ERIC V. UNITED STATES

17-9434     JAMES, ANDREA J. V. UNITED STATES

17-9435     DAVIS, TONEY D. V. JONES, SEC., FL DOC

17-9437     MORALES-VELEZ, ALEX N. V. UNITED STATES

17-9438     WEST, JOE A. V. SESSIONS, ATT'Y GEN.

17-9439     WINDOM, CURTIS V. FLORIDA

17-9440     LISTER, MICHAEL W. V. McGINLEY, SUPT., COAL TOWNSHIP

17-9441     LEON, RACIEL V. UNITED STATES

17-9442     JUDY, MICHAEL K. V. UNITED STATES

17-9444     STEPHENS, MARC A., ET AL. V. ENGLEWOOD, NJ, ET AL.

17-9445     SUAREZ, GABRIEL V. UNITED STATES

17-9448     JOHNSON, BART W. V. ALABAMA

17-9449     COTTRELL, LUZENSKI A. V. SOUTH CAROLINA

17-9450     PATTERSON, HARUM V. ASUNCION, WARDEN

17-9451     MOREL, DORIS, ET AL. V. UNITED STATES

17-9452     MYHRE, STEINAR V. SEVENTH-DAY MOVEMENT, ET AL.

17-9453     PRILLERMAN, FRANKLYN D. V. HUGGINS, JOHN, ET AL.

17-9454     HALPER, MARK L. V. COLORADO

17-9455     BOLANOS, GAYLENE L. V. UNITED STATES

17-9456     CARROLL, BILL W. V. UNITED STATES

17-9457     JOHNSON, WENDELL V. UNITED STATES

17-9459     PETERS, SCOTT V. SATKIEWICZ, KAHLIA, ET AL.

17-9460     McKNIGHT, CLARK V. BISHOP, WARDEN, ET AL.

17-9461     BULOVIC, DANICA V. STOP & SHOP SUPERMARKET, ET AL.

17-9462     CRAWFORD, HARRY V. UNITED STATES

17-9463     ROJAS, NELSON V. FLORIDA

17-9464     PETERSON, DREW V. ILLINOIS

17-9466     MOORE, GREGORY V. ILLINOIS

17-9470     IDELFONSO, DALIA M. V. UNITED STATES

17-9471     GARCIA, MICHAEL V. UNITED STATES

17-9472     FRANCO-DE LA CRUZ, GERARDO O. V. UNITED STATES

17-9473     GONZALEZ, DAMON A. V. UNITED STATES

34

```
17-9475      HEATH, RONALD P. V. FLORIDA

17-9476      ELGHANNAM, ALI V. EDUCATIONAL TESTING SERVICE

17-9477      GRANT, PATRICIA A. V. ALPEROVICH, CLAUDIO G., ET AL.

17-9478      FISHER, GEORGE W. V. MISSOURI

17-9479      WRIGHT, WALTER L. V. MARTIN, LAURA A., ET AL.

17-9481      WYATT, SONYA P. V. FLORIDA

17-9482      WEEKS, RUBIN R. V. LEWIS, WARDEN

17-9483      GREGORY, RICHARD V. GEORGIA

17-9485      LeBLANC-SIMPSON, EZRA V. MAINE

17-9486      KIMBALL, SCOTT H. V. UNITED STATES

17-9487      RODRIGUEZ, JOSE V. MASSACHUSETTS

17-9488      BROWN, CALVETTE V. IL DEPARTMENT OF HUMAN SERVICES

17-9489      LEBRON, ANTHONY V. UNITED STATES

17-9491      McKISSICK, RODERICK V. DEAL, GOV. OF GA, ET AL.

17-9492      CLARK, RONALD W. V. FLORIDA

17-9493      DAMREN, FLOYD W. V. FLORIDA

17-9494      CHRISTIAN, PATRICK V. UNITED STATES, ET AL.

17-9495      BURKS, LARRY G. V. KELLEY, DIR., AR DOC

17-9496      PETERKA, DANIEL J. V. FLORIDA

17-9497      OCCHICONE, DOMINICK A. V. FLORIDA

17-9498      HARTLEY, KENNETH V. FLORIDA

17-9499      ATWATER, JEFFREY L. V. FLORIDA

17-9500      SWINTON, REGINALD V. RACETTE, SUPT., GREAT MEADOW

17-9502      STEVENSON, SHAWN V. MARYLAND

17-9503      ROGERS, LUIS G. V. LIBERTY BELL BANK

17-9504      RAY, LANCEY D. V. McCOLLUM, WARDEN

17-9505      DOTSON, MARCUS V. UNITED STATES

17-9506      WALKER, CHRISTIAN V. HOWELL, WARDEN
```

35

```
17-9507      THOMPSON, ALFONSO V. UNITED STATES

17-9508      DOVE, DAMON V. DAVIS, DIR., TX DCJ

17-9509      ESTREMERA, ABRAHAM V. UNITED STATES

17-9510      WALLS, FRANK A. V. FLORIDA

17-9511      KNAPP, VINCENT A. V. UNITED STATES

17-9512      JONES, KIOND V. UNITED STATES

17-9513      LYKINS, JAMES E. V. UNITED STATES

17-9514      WAGNER, CARL J. V. FORD, WARDEN

17-9515      WALTON, CHARLES R. V. DAVIS, DIR., TX DCJ

17-9516      TAULBEE, RYAN T. V. NOBLE, WARDEN

17-9517      DeNOMA, ANTHONY V. KASICH, GOV. OF OH, ET AL.

17-9518      CARPENTER, TRINA L. V. WHITE, JESSE, ET AL.

17-9519      HARDIN, JERMAR V. UNITED STATES

17-9520      PHILLIPS, HARRY F. V. FLORIDA

17-9521      HERRINGTON, FRANK L. V. OHIO

17-9522      HORTON, FITZGERALD V. UNITED STATES

17-9523      BREKHUS, DEANNE V. BISMARCK, ND

17-9524      CRUMBLE, PRENTISS A. V. UNITED STATES

17-9525      WALL, RANDALL C. V. CALIFORNIA

17-9526      CRUZ, ELIZABETH V. BERRYHILL, NANCY A.

17-9527      JASSO, ALEXANDER J. V. LEWIS, WARDEN

17-9528      LOPEZ-FUENTES, JORGE A. V. UNITED STATES

17-9529      EDENSTROM, THEODORE B. V. THURSTON COUNTY, WA, ET AL.

17-9531      HAYS, MARCUS D. V. SOTO, WARDEN

17-9532      HUBBARD, DAWNTWAI V. HAVILAND, WARDEN

17-9533      FOX, JAMES V. TRIPP, BRICK, ET AL.

17-9534      FLETCHER, JOHN P. V. LENGERICH, WARDEN, ET AL.

17-9536      KOKAL, GREGORY A. V. FLORIDA
```

| 17-9537 | MARQUARD, JOHN C. V. FLORIDA |
|---------|------------------------------|
| 17-9539 | HOOD, RODNEY D. V. DAVIS, DIR., TX DCJ |
| 17-9540 | FARMER, JOSAND V. UNITED STATES |
| 17-9541 | FRITZ, MARVIN V. BURT, WARDEN |
| 17-9542 | GRIFFITH, DENNIS V. DAVIS, DIR., TX DCJ |
| 17-9543 | SOLIS, JOSE V. UNITED STATES |
| 17-9544 | REED, KELVIN V. FORD, WARDEN |
| 17-9545 | STEIN, STEVEN E. V. FLORIDA |
| 17-9546 | RALEIGH, BOBBY A. V. FLORIDA |
| 17-9547 | CAUKIN, MARVIN J. V. UNITED STATES |
| 17-9548 | WILLACY, CHADWICK V. FLORIDA |
| 17-9550 | TORRES, RAFAEL P. V. UNITED STATES |
| 17-9551 | McCLURE, PHILLIP W. V. OR BD. OF PAROLE |
| 17-9552 | MORRIS, ROBERT D. V. FLORIDA |
| 17-9553 | MERRIWEATHER, BRIAN V. UNITED STATES |
| 17-9554 | NELSON, JOSHUA V. FLORIDA |
| 17-9555 | MELTON, ANTONIO L. V. FLORIDA |
| 17-9557 | OROZCO, DAVID V. UNITED STATES |
| 17-9558 | AVALOS, JOSE V. UNITED STATES |
| 17-9561 | POLK, SUSAN V. HILL, ACTING WARDEN |
| 17-9562 | TAYLOR, DERWIN M. V. GEORGIA |
| 17-9563 | INGRAM, CURTIS C. V. DIAZ, SEC., CA DOC |
| 17-9564 | JACKSON, ETHERIA V. V. FLORIDA |
| 17-9565 | CHATMAN, MARCUS V. UNITED STATES |
| 17-9566 | PINKNEY, EMERSON V. JONES, SEC., FL DOC |
| 17-9567 | BROWN, ALICE V. DEL NORTE COUNTY, CA, ET AL. |
| 17-9569 | BRADFIELD, ARCHIE V. UNITED STATES |
| 17-9570 | DAVIS, MARK A. V. FLORIDA |

```
17-9571     CUEVAS, JOEL V. UNITED STATES

17-9573     HODGES, GEORGE M. V. FLORIDA

17-9574     FLOWERS, BRIAN L. V. MINNESOTA

17-9575     GONZALEZ, RICARDO V. FLORIDA

17-9576     PELLUM, LINDA J. V. FISHER, JEFFREY B., ET AL.

17-9577     McKINNEY, JASON V. UNITED STATES

17-9578     McCLINTON, EDMOND V. ARKANSAS

17-9579     RUSSELL, PATRICK R. V. NEBRASKA

17-9580     JOHNSON, JASON A. V. FLORIDA

17-9581     VELO-CANO, ALONSO E. V. UNITED STATES

17-9582     CORKER, STEVEN V. UNITED STATES

17-9583     WINTERS, MATTHEW V. CINCINNATI INS. CO.

17-9584     SHAMAN, LOUAY V. UNITED STATES

17-9585     HATCHER, ANTHONY M. V. VANNOY, WARDEN

17-9586     ZENQUIS, ANGEL L. V. JONES, SEC., FL DOC, ET AL.

17-9587     GAMBLE, GUY V. FLORIDA

17-9588     FINNEY, CHARLES W. V. FLORIDA

17-9590     FOX, LEONARD A. V. UNITED STATES

17-9591     HARDY, DeMARCUS V. UNITED STATES

17-9592     MARTINEZ-HERNANDEZ, RENE V. UNITED STATES

17-9593     KNOX, JEMEL T. V. UNITED STATES

17-9594     KRASKEY, JEROME M. V. GROSCHEN, N.

17-9595     SHARNESE, NYLONDAJAZZ V. LOPEZ, JOSE, ET AL.

18-1        C. G. V. DEBORAH HEART AND LUNG, ET AL.

18-3        OHLENDORF, ROBBIE, ET AL. V. LOCAL 876

18-4        GIANCARLO, SAMUEL, ET AL. V. UBS FINANCIAL SERVICES, ET AL.

18-5        RILEY, DENNIS V. OHIO

18-6        McNEIL, JERRY P. V. MARSH, SCOTT, ET AL.
```

| | |
|---|---|
| 18-9 | WASHINGTON, LISA V. AZAR, SEC. OF H&HS |
| 18-10 | ANDERSON, STEPHEN J., ET UX. V. RAINSDON, GARY L. |
| 18-11 | KAN-DI-KI, LLC V. SORENSEN, JOHN L., ET AL. |
| 18-13 | MALDONADO, JUAN F. V. TEXAS |
| 18-19 | KOREA'S DEFENSE, ET AL. V. BAE SYSTEMS |
| 18-20 | BANGIYEV, ARKADIY V. UNITED STATES |
| 18-21 | ALLERGAN SALES, LLC V. SANDOZ, INC., ET AL. |
| 18-22 | LEE, YOUNG S., ET AL. V. GARVEY, KATELYN |
| 18-23 | STOLZ, EDWARD R. V. FCC |
| 18-24 | HYLAND, SHANNON V. LIBERTY MUTUAL FIRE INSURANCE |
| 18-25 | MANDEL, EDWARD V. THRASHER, STEVEN, ET AL. |
| 18-26 | SCHAFLER, PEPI V. MERRILL LYNCH |
| 18-27 | ESTATE OF JACKSON, ET AL. V. SCHRON, RUBIN |
| 18-28 | BALDING, ROBERT J. V. SUNBELT STEEL TEXAS, ET AL. |
| 18-30 | BYRD, GARY J. V. UNITED STATES |
| 18-31 | BECK, JOEL V. NATIONSTAR MORTGAGE, LLC, ET AL. |
| 18-32 | PHILADELPHIA TAXI ASSN., ET AL. V. UBER TECHNOLOGIES, INC. |
| 18-33 | SUBWAY SANDWICH SHOPS, INC. V. RAHMANY, DAVID M., ET AL. |
| 18-34 | SAN MARTIN, PABLO V. FLORIDA |
| 18-38 | ERWIN, ILLYA V. DEPT. OF ARMY |
| 18-40 | LEGACY COMMUNITY HEALTH V. SMITH, CHARLES |
| 18-41 | BAPTISTE, MICHELINE V. GRAY, SHRUSAN |
| 18-43 | LOOR, JESSE V. BAILEY, JENNY, ET AL. |
| 18-44 | KWOK, JULIA, ET AL. V. MINGO ENERGY, LLC |
| 18-45 | WHITEHEAD, DAVID L. V. NETFLIX, ET AL. |
| 18-46 | MIDDLETOWN, CT, ET AL. V. McKINNEY, WILLIAM |
| 18-47 | McCLARY, THOMAS, ET AL. V. COMMODORES ENTERTAINMENT CORP. |
| 18-49 | PLUMB, GEORGIA, ET AL. V. U.S. BANK, ET AL. |

```
18-51      FRANCIS, BRAD, ET UX. V. CIR

18-52      LEITNER-WISE, PAUL A. V. LWRC INTERNATIONAL, LLC, ET AL.

18-53      DILLARD, LANCE V. UNITED STATES

18-54      DABBS, WILLIAM A. V. ANNE ARUNDEL COUNTY, MD

18-55      DIGITAL ALLY, INC. V. TASER INTERNATIONAL, INC.

18-57      VALLEJOS, GERALD E. V. LOVELACE MEDICAL CENTER, ET AL.

18-58      PRICE, EDWARD J. V. UNITED STATES

18-59      PEREZ, EDUARDO P. ET AL. V. BP, P.L.C., ET AL.

18-60      GUNN, AMIRA O. V. NORTH DAKOTA

18-62      COLBRY, BRIAN, ET AL. V. VON PIER, DIRECTOR, ET AL.

18-63      BRIGGS, STEVE K. W. V. SONY PICTURES, ET AL.

18-65      ARONSTEIN, DAVID, ET AL. V. THOMPSON CREEK METALS, ET AL.

18-66      ROSS, REGIS B. V. ARIZONA

18-68      CONFORTO, MARIE V. SPENCER, SEC. OF NAVY, ET AL.

18-69      XU, YAN PING V. NEW YORK, NY, ET AL.

18-70      COSBY, WILLIAM H. V. DICKINSON, JANICE

18-71      CANETE, BERNARD T. V. BARNABAS HEALTH SYSTEM, ET AL.

18-72      DRK PHOTO V. JOHN WILEY & SONS, INC.

18-74      ZOVKO, DANICA, ET AL. V. NATIONAL CREDIT UNION ADMIN. BD.

18-75      DONG, JIAN L. V. SESSIONS, ATT'Y GEN.

18-76      GEORGE, TRACEY E., ET AL. V. HARGETT, TRE, ET AL.

18-79      KLEIN, TIBERIU, ET AL. V. O'BRIEN, DANIEL, ET AL.

18-80      MELVIN, PAMELA V. O'ROURKE, SEC. OF VA

18-82      COTMAN, TAMARA, ET AL. V. GEORGIA

18-83      BUSCH, STEPHEN, ET AL. V. NAPPIER, TAMARA, ET AL.

18-85      STUART, PAMELA B. V. RYAN, CATHERINE S., ET AL.

18-87      SAMSON, LUDWIG P. V. GORDON, JACK W., ET AL.

18-90      COLONIAL SCHOOL DISTRICT V. RENA C.
```

| | |
|---|---|
| 18-91 | PIZZINO, ANTOINETTE V. NCL, LTD. |
| 18-92 | PERRY, DAVID V. V. KRIEGMAN, BRUCE |
| 18-94 | THOMAS, AUGUSTA V. DELMARVA POWER & LIGHT CO. |
| 18-95 | WENTZELL, KYRT M., ET AL. V. BP AMERICA, INC., ET AL. |
| 18-100 | DRANE, LEONARD M. V. SELLERS, WARDEN |
| 18-101 | EVERS, PATRICK J. V. UNITED STATES |
| 18-102 | WHITE, STACEY, ET VIR V. FOSTER, JOSEPH, ET AL. |
| 18-103 | VAN, NATHALIE THUY V. LANGUAGE LINE LLC, ET AL. |
| 18-104 | TUERK, ROBERT P. V. DISCIPLINARY BOARD |
| 18-105 | SABENIANO, MODESTA R. V. CITIBANK, N.A., ET AL. |
| 18-111 | BARRETT, TIMOTHY M. V. MINOR, VALERIE J. |
| 18-117 | GRIMM, BRIAN V. MARYLAND |
| 18-120 | HERNANDEZ, LEILA V. BAILEY, GUY, ET AL. |
| 18-126 | GRIMSTAD, PAUL V. DESCHUTES COUNTY, OR, ET AL. |
| 18-130 | KARR, DONALD G. V. INDIANA |
| 18-131 | LYNDON, TROY V. SEC |
| 18-133 | MOORE, TEDDY V. BRAMWELL, CHRISTOPHER, ET AL. |
| 18-134 | PERKINS, JENNIFER V. US AIRWAYS, INC., ET AL. |
| 18-135 | NEW PRODUCTS CORPORATION V. TIBBLE, THOMAS R., ET AL. |
| 18-137 | HUNTER, ERNEST V. DISTRICT OF COLUMBIA |
| 18-139 | FREEMAN, THOMAS E. V. NC DEPT. OF H&HS |
| 18-141 | BARONI, ALLANA V. CIT BANK N.A. |
| 18-143 | BART, SANDRA L. V. UNITED STATES |
| 18-144 | BARANSKI, KEITH B. V. UNITED STATES |
| 18-145 | ALSTON, STEPHENO J. V. SOUTH CAROLINA |
| 18-146 | MARCOSKI, VERONIKA V. RATH, JAN |
| 18-154 | ROOKS, RODERIC V. BREWER, WARDEN |
| 18-155 | BRADY, JAMES H. V. ASSOCIATED PRESS TELECOM, ET AL. |

| | |
|---|---|
| 18-159 | CLACK, ANGELA D. V. UNITED SERVICES AUTOMOBILE ASSN. |
| 18-160 | KINNEY, CHARLES G. V. USCA 9 |
| 18-163 | TEUFEL, JAMES P. V. NORTHERN TRUST CO., ET AL. |
| 18-174 | APPLIED UNDERWRITERS, INC. V. CITIZENS OF HUMANITY, ET AL. |
| 18-175 | APPLIED UNDERWRITERS, ET AL. V. CITIZENS OF HUMANITY, ET AL. |
| 18-178 | SGK PROPERTIES, ET AL. V. U.S. BANK NAT. ASSN., ET AL. |
| 18-179 | GOODMAN, JOHN V. FLORIDA |
| 18-180 | TIRREZ, JESUS E. V. COMM'N FOR LAWYER, ET AL. |
| 18-186 | SILVA-RAMIREZ, SAMUEL D. V. HOSPITAL ESPANOL, ET AL. |
| 18-189 | SMARTFLASH LLC V. SAMSUNG ELECTRONICS, ET AL. |
| 18-190 | QUEEN'S UNIVERSITY AT KINGSTON V. SAMSUNG ELECTRONICS CO., ET AL. |
| 18-191 | CASSIDY, JOHN V. MASSACHUSETTS |
| 18-193 | CANNICI, JOHN V. MELROSE PARK, IL, ET AL. |
| 18-196 | SUPENO, FRANCIS, ET AL. V. SEC., VT ANR |
| 18-199 | LIANG, KEN V. UNITED STATES |
| 18-202 | HAYNES TIMBERLAND, INC. V. UNITED STATES |
| 18-208 | NEW PRODUCTS CORP., ET AL. V. DICKINSON WRIGHT, ET AL. |
| 18-216 | PAIXAO, JUDITH A., ET AL. V. UNITED STATES |
| 18-219 | SEWELL, STARSHA M. V. FIDELITY NATIONAL FINANCIAL |
| 18-221 | MOUTON, CARL V. ARKANSAS |
| 18-226 | ZAHND, ERIC G. V. CHIEF DISCIPLINARY COUNSEL |
| 18-236 | WEDDLE, PAUL V. NUTZMAN, ALAN, ET AL. |
| 18-264 | NEW WORLD INT'L., INC., ET AL. V. FORD GLOBAL TECHNOLOGIES, ET AL. |
| 18-5001 | HANCOCK, JOHN T. V. UNITED STATES |
| 18-5005 | DAWKINS, LAWRENCE V. ECKERT, SUPT., WENDE |
| 18-5006 | DEUMAN, STEVEN W. V. UNITED STATES |
| 18-5007 | TUA, DAVID L. V. CALIFORNIA |
| 18-5009 | DRUMMOND, WADE A. V. SESSIONS, ATT'Y GEN. |

```
18-5010      CHANG, CHRISTINE V. ANDREWS, ROBIN

18-5011      CARDONA, XAVIER V. UNITED STATES

18-5012      LIGHTBOURNE, IAN D. V. FLORIDA

18-5013      LANGLEY, GINA B. V. UNITED STATES

18-5014      ALLEN, MARCUS V. UNITED STATES

18-5015      APONTE, EDWIN V. TICE, SUPT., SMITHFIELD, ET AL.

18-5016      BROWN, GEORGE E. V. UNITED STATES

18-5018      QUINCE, KENNETH D. V. FLORIDA

18-5019      SENIW, BOHDAN G. V. CT GENERAL ASSEMBLY, ET AL.

18-5021      BROWN, PAUL A. V. FLORIDA

18-5022      WATSON, MARCUS K., ET AL. V. UNITED STATES

18-5023      EDWARDS, GLENN V. UNITED STATES

18-5024      DIXON, WILLIAM R. V. LeGRAND, WARDEN, ET AL.

18-5027      WRIGHT, MARK O. V. VIRGINIA

18-5028      EDLIND, CAROLYN J. V. UNITED STATES

18-5029      BLACK, STEPHEN P. V. TEXAS

18-5031      WALLACE, JABBAR V. KAUFFMAN, SUPT., HUNTINGDON

18-5032      VASQUEZ, RAMON V. READING, PA, ET AL.

18-5033      DAWSON, JOHNNY L. V. UNITED STATES

18-5034      ANDERSON, JODI V. NORTH DAKOTA, ET AL.

18-5035      GRAZZINI-RUCKI, SANDRA V. MINNESOTA

18-5037      HAMILTON, RICHARD E. V. FLORIDA

18-5040      SIRECI, HENRY P. V. FLORIDA

18-5041      ROBINSON, LOUIS V. UNITED STATES

18-5042      SLINEY, JACK V. FLORIDA

18-5043      ST. AMOUR, GUY V. UNITED STATES

18-5044      RIASCOS, LAURENANO A. V. UNITED STATES

18-5045      BROWN, VERNON L. V. USDC WD PA
```

18-5046     ZAMORA, GIEZI M. V. UNITED STATES

18-5047     TUTT, KEITH L. V. UNITED STATES

18-5048     TAYLOR, JOHN W. V. BROWN, SUPT., WABASH VALLEY

18-5049     WELLS, LEROY L. V. PETERS, COLLETTE, ET AL.

18-5050     WHITNEY, JAMES E. V. TRUMP, PRESIDENT OF U.S.

18-5051     DERRICK, SAMUEL J. V. FLORIDA

18-5053     LOPEZ-MARTINEZ, ANDRES A. V. UNITED STATES

18-5054     JENNINGS, BRANDY B. V. FLORIDA

18-5055     STEVENS, MITCHELL V. VANNOY, WARDEN

18-5056     BOUZIDEN, JOSHUA D. V. UNITED STATES

18-5057     BAGBY, JAMES T. V. HYATTE, WARDEN

18-5058     DRAKE, DEANTE V. UNITED STATES

18-5059     BEDELL, DAVID R. V. JORDAN, WARDEN

18-5060     FOTOPOULOS, KONSTANTINOS X. V. FLORIDA

18-5061     HORNE, TRAVIS V. UNITED STATES

18-5062     HUNTER, NORMAN L. V. UNITED STATES

18-5063     BYERS, CHARLES V. UNITED STATES

18-5065     RODRIGUEZ, MANUEL A. V. FLORIDA

18-5066     RAY, EDWARD V. V. CALIFORNIA

18-5067     STUHR, CLARK L. V. WHITE, SUPT., WA

18-5068     TAYLOR, TALIYAH V. LAMANNA, ACTING SUPT., BEDFORD

18-5069     USCHOCK, WILLIAM M. V. PENNSYLVANIA

18-5072     EVANS, JILL M. V. UNITED STATES

18-5073     CRUZ-COLOCHO, VICTOR A. V. UNITED STATES

18-5074     McLEAN, CLIFTON V. UNITED STATES

18-5075     OKAFOR, FELIX A. V. UNITED STATES

18-5076     MELOT, BILLY R. V. CIR

18-5077     McCOY, FRANKIE L. V. MD DOC, ET AL.

18-5078      PACE, BRUCE V. FLORIDA

18-5079      MICHAUD, MICHELLE L. V. CALIFORNIA

18-5080      PITTMAN, DERRICK V. UNITED STATES

18-5081      MORTON, ALVIN L. V. FLORIDA

18-5082      SEDA, ANTHONY W. V. BERRYHILL, NANCY A.

18-5083      FULTON, RAHMAN V. UNITED STATES

18-5084      BURNS, DANIEL V. FLORIDA

18-5085      WILLIAMS, TEON J. V. NORTH CAROLINA

18-5086      UZZLE, BRIAN K. V. FLEMING, WARDEN

18-5087      WILSON, PETER V. PARAMO, WARDEN

18-5088      JOHNSON, EMANUEL V. FLORIDA

18-5089      BEAMON, KEVIN K. V. UNITED STATES

18-5091      FOSTER, KEVIN D. V. FLORIDA

18-5093      CATERBONE, STANLEY J. V. TRUMP, PRESIDENT OF U.S., ET AL.

18-5094      SHERRY, JERRY W. V. DAVIS, DIR., TX DCJ

18-5095      DAVIS, TRON L. V. UNITED STATES

18-5096      TIBBETTS, RAYMOND V. KASICH, GOV. OF OH, ET AL.

18-5097      TORRES, ANTONIO V. UNITED STATES

18-5098      WILLIAMS, THADDEUS V. CURTIN, WARDEN

18-5099      WILLIAMS, LENNIE V. LOS ANGELES COUNTY DPSS, ET AL.

18-5100      RAHIM, RAS V. UNITED STATES

18-5102      ROBINSON, SCOOTER L. V. SHAW, WARDEN, ET AL.

18-5103      RIEBER, JEFFREY D. V. ALABAMA

18-5104      REED, CHRISTOPHER V. GARMAN, SUPT., ROCKVIEW, ET AL.

18-5106      STEWART, SHIRLEY A. V. HOLDER, ERIC H., ET AL.

18-5107      QUINN, WILLARD V. UNITED STATES

18-5108      DAVILA-REYES, JAIME V. UNITED STATES

18-5109      RANKINS, REGGIE V. ILLINOIS

18-5110      SPRAGGINS, ABRON V. WASHBURN, WARDEN

18-5111      GREGORY, LYNETTE V. UNITED STATES

18-5112      ROBINSON, BENJAMIN F. V. UNITED STATES

18-5113      HESTER, SOLOMON V. V. SPRAYBERRY, KEVIN

18-5114      FAISON, NIGEL L. V. UNITED STATES

18-5115      HAYWARD, STANLEY L. V. UNITED STATES

18-5116      GIBBS, BENJAMIN A. V. UNITED STATES

18-5117      FRAZIER, GLENDRICT V. UNITED STATES

18-5119      KING, AMBROSE V. KING, MARY

18-5120      NELSON, KENNETH P. V. BERRYHILL, NANCY A.

18-5122      OVERTON, THOMAS V. FLORIDA

18-5123      PARKER, ERIC G. V. UNITED STATES

18-5124      PIETRI, NORBERTO V. FLORIDA

18-5125      FOSTER, KENNETH L. V. UNITED STATES

18-5126      HAMILTON, JAMAL V. UNITED STATES

18-5127      BLACK, MARTINEZ O. V. NORTH CAROLINA

18-5129      TREJO, RODOLFO V. UNITED STATES

18-5130      WATFORD, MARLON L. V. FOSSUM, ERIK, ET AL.

18-5131      TONG, TU MY V. NEW MEXICO, ET AL.

18-5133      HOPSON, PEYTON JOHN W. V. STARK COUNTY, OH, ET AL.

18-5134      FOWLKES, RONALD R. V. UNITED STATES

18-5136      ILLARRAMENDI, FRANCISCO V. SEC, ET AL.

18-5138      PENNINGTON, KEVIN V. AR GAME & FISH COMM.

18-5139      RUNNELS, DONALD K. V. BORDELON, WARDEN

18-5140      M. P. F. V. ALABAMA

18-5141      FREDERIKSEN, TAYLOR D. V. TEXAS

18-5142      HEXIMER, ROBERT J. V. MICHIGAN

18-5143      GRAHAM, ROBERT V. HAINSWORTH, SUPT., SOMERSET

| | |
|---|---|
| 18-5144 | GUTIERREZ-JARAMILLO, JULIO V. WARDEN, FCI GILMER |
| 18-5145 | BENNETT, CHAUNCEY V. WOLFE, JOHN, ET AL. |
| 18-5146 | TOGHILL, ADAM D. V. CLARKE, DIR., VA DOC |
| 18-5148 | BLALOCK, MARCUS V. OHIO |
| 18-5149 | CUBERO, FRANCISCO V. UNITED STATES |
| 18-5150 | CORREA-DIAZ, GERARDO V. SESSIONS, ATT'Y GEN. |
| 18-5151 | YAHNKE, JAMES G. V. NORTH DAKOTA |
| 18-5152 | HOWARD, RODNEY V. UNITED STATES |
| 18-5153 | KNIFFLEY, ARTHUR W. V. UNITED STATES |
| 18-5154 | RAY, EDWARD V. V. JEFFERSON, JAMILAH A., ET AL. |
| 18-5155 | QAZI, OMAR V. UNITED STATES |
| 18-5156 | BATTIS, D'ANGELO V. UNITED STATES |
| 18-5158 | BROWN, MARIO L. V. UNITED STATES |
| 18-5159 | GOLDEN, ALLEN V. CALDWELL, WARDEN |
| 18-5161 | WADDLETON, III, MARVIN V. DAVIS, DIR., TX DCJ |
| 18-5162 | WELLS, ELLORD V. POTTER, WARDEN |
| 18-5163 | THIER, KAI U. V. FLORIDA |
| 18-5165 | WILSON, JOH-NER T. V. ILLINOIS |
| 18-5166 | TAYLOR, DARRELL V. CLARK, SUPT., ALBION, ET AL. |
| 18-5167 | BROWN, LEVAR V. CALIFORNIA |
| 18-5169 | DAVIDSON, CLIFTON B. V. FEDERAL BUREAU OF PRISONS |
| 18-5170 | KHAN, IJAZ V. UNITED STATES |
| 18-5171 | LOPEZ-MENDEZ, ERICK R. V. UNITED STATES |
| 18-5172 | MARQUEZ, SAMUEL I. V. FILSON, WARDEN, ET AL. |
| 18-5173 | GARCIA, WILBERTH M. V. UNITED STATES |
| 18-5174 | GRIFFIN, MICHAEL A. V. FLORIDA |
| 18-5177 | MAJORS, HERMAN V. UNITED STATES |
| 18-5178 | BALTIMORE, KIMBERLY V. BUCK, FRANK S. |

```
18-5179      JOHNSON, RONNIE V. FLORIDA

18-5180      LIU, WEN V. UNIVERSITY OF MIAMI

18-5183      HOLMES, CHRISTOPHER M. V. UNITED STATES

18-5185      ZIVOT, TAMARA V. SUPERIOR COURT OF CA, ET AL.

18-5186      THERESA, DOMINICK V. IANCU, ANDREI

18-5187      TAVARES, VERISSIMO V. UNITED STATES

18-5188      WILKS, JAMES V. UNITED STATES

18-5189      GREEN, GLENVERT V. UNITED STATES

18-5192      McLAUGHLIN, MARK V. OH DEPT. OF JOB & FAMILY SERV.

18-5193      BROWN, WILLIAM V. UNITED STATES

18-5194      BRANK, TEOFIL V. UNITED STATES

18-5195      ALVAREZ, STEVEN A. V. SPEARMAN, WARDEN

18-5196      CORBIN, JEFFREY P. V. FEDERAL EXPRESS

18-5197      DIXIT, AKASH V. DIXIT, TANYA S.

18-5198      JONES, RONALD D. V. GRAND CANYON UNIVERSITY, ET AL.

18-5199      LEWIS, KEITH W. V. HADARI, RACHELLE

18-5200      KRUSKAL, KERRY V. MELTZER, ALLAN, ET AL.

18-5201      LOWE, HENRY B. V. VANNOY, WARDEN

18-5202      KNOWLES, SAMUEL V. UNITED STATES

18-5203      MUJAHID, KHALIF A. V. UNITED STATES

18-5204      MORALES, JOSE L. V. UNITED STATES

18-5205      LITTLES, TONY D. V. ROUNDTREE, TRUDIE

18-5206      OATMAN, GARY D. V. DAVIS, DIR., TX DCJ

18-5207      MONTOYA, OMAR V. UNITED STATES

18-5210      ESPINOZA, ROBERT A. V. UNITED STATES

18-5211      TAYLOR B. V. CALIFORNIA

18-5212      BLANC, MARKENTZ V. UNITED STATES

18-5214      McGINLEY, DAVID R. V. PENNSYLVANIA
```

18-5215     MEJIA, DINO C. V. DAVIS, DIR., TX DCJ

18-5216     MARTIN, JOHNNY A. V. McLAUGHLIN, WARDEN

18-5218     ROBERTSON, ALLEN V. LOUISIANA

18-5219     CAMPBELL, ANTHONY T. V. MENDEZ, J., ET AL.

18-5220     LIBBY, ROGER A. V. BAKER, WARDEN, ET AL.

18-5221     GUIZAMANO-CORTES, AQUILINO V. UNITED STATES

18-5224     COSTELON, FRANK V. NEW MEXICO

18-5225     SAVAGE, JUNAIDU S. V. UNITED STATES

18-5226     LUGO, RICHARD V. UNITED STATES

18-5227     HARRIS, CHARLES V. V. ESTES, WARDEN, ET AL.

18-5229     NEUMAN, ROBERT A. V. NOOTH, MARK

18-5231     ODOM, RICHARD L. V. TENNESSEE

18-5233     RADILLO, EDGAR A., ET AL. V. NDOH, WARDEN, ET AL.

18-5235     THOMAS, ANTRONE A. V. CHANDRAN, DAVID

18-5237     BLAND, SHARON K. V. GELLMAN, BRYDGES, ET AL.

18-5238     WRIGHT, HASSANH B. V. UNITED STATES

18-5239     TERRELL, DESHAWN T. V. OHIO

18-5240     WARD, ROY L. V. CARTER, COMM'R, IN DOC, ET AL.

18-5241     MATURINO, VICTOR V. UNITED STATES

18-5242     MARTIN, KENNETH V. UNITED STATES

18-5243     JACOB, CURUMULATHU V. VIRGINIA

18-5244     JENSEN, JOSEF M. V. MADDEN, WARDEN

18-5245     RIOS-RAMOS, JESUS M. V. UNITED STATES

18-5246     RIVERS, WARREN D. V. TEXAS

18-5247     McCRAY, JAMES V. BURT, WARDEN

18-5248     PAYNE, KITTI R. V. PUBLISHER'S CLEARING, ET AL.

18-5249     THOMAS, KRISTIAN V. UNITED STATES

18-5250     MARINO, VINCENT M. V. DEPT. OF JUSTICE, ET AL.

18-5253      DeCIANCIO, DENNIS V. UNITED STATES

18-5254      YOUNG, MATTHEW V. OR DOC, ET AL.

18-5255      GIBSON, JEROME V. WETZEL, SEC., PA DOC, ET AL.

18-5256      MORAGNE-EL, BRANDON W. V. PENNSYLVANIA

18-5257      MELVIN, FREDERICK E. V. JONES, SEC., FL DOC, ET AL.

18-5258      MILLER, HOWELL V. UNITED STATES

18-5259      NOWLIN, OLIN R. V. SHANNON, JOE, ET AL.

18-5260      McGLOCKLIN, MIKE V. BLANKENSHIP, FNU, ET AL.

18-5261      PATTERSON, VESTER L. V. CALIFORNIA

18-5264      JENKINS, ALBERT, ET AL. V. WMC MORTGAGE, ET AL.

18-5266      FERGUSON, MICHAEL V. UNITED STATES

18-5267      WATERS, ARTHUR V. UNITED STATES

18-5269      ST. HUBERT, MICHAEL V. UNITED STATES

18-5270      DEEM, STEVEN L. V. DAVIS, DIR., TX DCJ

18-5272      BEN-ARI, JACOB V. UNITED STATES

18-5273      WILSON, DAVIAN V. UNITED STATES

18-5274      VEGA, MANUEL V. UNITED STATES

18-5275      COUNTS, CHRISTOPHER V. WILSON, WARDEN, ET AL.

18-5276      CLARK, WILLIAM V. UNITED STATES

18-5278      COLLINGS, CHRISTOPHER V. MISSOURI

18-5279      HAYHOE, JONATHAN V. UNITED STATES

18-5280      LANIER, PATRICK V. UNITED STATES

18-5281      MOSLEY, VINCENT C. V. UNITED STATES

18-5282      MOSS, PERRY V. V. WORKER'S COMP. APPEALS BD.

18-5283      McGOWAN, DAVID V. PENNSYLVANIA

18-5284      SMALL, BRUCE L. V. FLORIDA

18-5286      SULEITOPA, ODERE V. UNITED STATES

18-5287      SALAS, LUIS V. UNITED STATES

| 18-5290 | LONG, RONALD V. ROBINSON, ADM'R, NORTHERN |
|---------|--------------------------------------------|
| 18-5291 | BALLARD, MARTIN L. V. UNITED STATES |
| 18-5292 | ANGELES, ARMANDO V. UNITED STATES |
| 18-5293 | AUTOBEE, GEORGE A. V. UNITED STATES |
| 18-5294 | PRIDGEN, HERBERT V. UNITED STATES |
| 18-5295 | PEDRAZA, MIGUEL V. JONES, SEC., FL DOC, ET AL. |
| 18-5297 | ROBINSON, ALLEN J. V. VANNOY, WARDEN |
| 18-5299 | SMITH, DEREK A. V. NORTH CAROLINA |
| 18-5300 | ROBINSON, GARY V. UNITED STATES |
| 18-5301 | CLAY, CAHLAN V. UNITED STATES |
| 18-5302 | DIXON, TERRY V. UNITED STATES |
| 18-5304 | LOPEZ, RAYMOND S. V. UNITED STATES |
| 18-5305 | JOHNSON, AUBRY R. V. COPENHAVER, WARDEN |
| 18-5307 | HULEN, ANDREW W. V. UNITED STATES |
| 18-5308 | HARRIS, O'NEIL A. V. UNITED STATES |
| 18-5309 | McLAIN, MAURICE V. UNITED STATES |
| 18-5310 | RHODES, WALTER N. V. BAKER, WARDEN |
| 18-5311 | REID, JACK V. UNITED STATES |
| 18-5312 | ROWE, GREGORY A. V. CLARK, SUPT., ALBION, ET AL. |
| 18-5315 | CHAMBERS, MARSHA V. GREEN TREE SERVICING, ET AL. |
| 18-5316 | VAUGHAN, SUSAN W. V. VAUGHAN, JENNIFER, ET AL. |
| 18-5317 | VILLANUEVA-CARDENAS, JOSE V. UNITED STATES |
| 18-5318 | TERRY, MAKANDI L. V. STONEBREAKER, WARDEN |
| 18-5319 | TOLBERT, TIMOTHY G. V. UNITED STATES |
| 18-5320 | MACDONALD, JAMES V. SINGER, MARTIN D., ET AL. |
| 18-5324 | LAOUTARIS, ANASTASIO N. V. UNITED STATES |
| 18-5325 | LASHER, LENA V. UNITED STATES |
| 18-5326 | LLOYD, MARIO H. V. MOATS, SCOTT, ET AL. |

```
18-5327      MAKDESSI, ADIB E. V. FIELDS, LIEUTENANT, ET AL.

18-5328      ANDERSON, MUFFIN V. LARSEN, SUSAN A.

18-5329      LOCKHART, MARIO D. V. UNITED STATES

18-5330      KOKAL, GREGORY A. V. JONES, SEC. FL DOC

18-5332      KEMP, DAVON M. V. UNITED STATES

18-5333      CARMELL, SCOTT L. V. DAVIS, DIR., TX DCJ

18-5334      CRAWFORD, MARLON V. JONES, SEC., FL DOC, ET AL.

18-5335      KWON, MIN V. ERIE INSURANCE

18-5336      LOTT, VENTRON V. V. WARREN, WARDEN

18-5337      JOHNSON, SHAWN V. JOHNSON, ADM'R, NJ, ET AL.

18-5338      KING, DeLAWRENCE A. V. ERDOS, WARDEN

18-5339      JAMES, TYRON V. SNYDER, WARDEN, ET AL.

18-5340      WILSON, ROGER V. FCI CUMBERLAND, ET AL.

18-5341      WILSON, ROGER V. UNITED STATES

18-5342      WILSON, ROGER V. DELTA AIRLINES, ET AL.

18-5343      WILSON, ROGER V. McKEESPORT POLICE DEPT., ET AL.

18-5344      WILSON, ROGER V. UNITED STATES, ET AL.

18-5345      WILSON, ROGER V. UNITED STATES, ET AL.

18-5346      WILSON, ROGER V. UNITED STATES

18-5347      COSTIC, MARQUIS D. V. ILLINOIS

18-5348      CLACK, GARY V. KENTUCKY

18-5349      YOUNG, TYRON V. UNITED STATES

18-5350      CRIDER, CARROLL E. V. VIRGINIA

18-5351      BORHAN, PAYMAN V. LIZARRAGA, WARDEN

18-5353      BERRY, JUANITA L. V. UNITED STATES

18-5354      BARWICK, DARRYL B. V. FLORIDA

18-5355      SANDERS, DEL D. V. DAVIS, DIR., TX DCJ

18-5356      CIRIA, JOAQUIN H. V. CALIFORNIA
```

```
18-5358      REYNOLDS, BRIGITTE V. STEWART, WARDEN, ET AL.

18-5360      CLINTON, CURTIS L. V. OHIO

18-5361      SAYED, HAZHAR A. V. TRINI, WARDEN, ET AL.

18-5362      QAZI, OMAR V. UNITED STATES

18-5363      RENDON, REYNALDO V. UNITED STATES

18-5364      AUSTIN, HARRY V. JONES, SEC., FL DOC, ET AL.

18-5365      BRUNO, CARMENCITA V. SCHENECTADY, NY, ET AL.

18-5366      MARTIN, RONALD D. V. TRIERWEILER, WARDEN

18-5367      JONES, EDWARD D. V. SCHWARZENEGGER, ARNOLD, ET AL.

18-5368      WERDENE, GABRIEL V. UNITED STATES

18-5369      TAAL, BABOUCAR B. V. ST. MARY'S BANK, ET AL.

18-5370      JURESIC, THOMAS V. ILLINOIS

18-5371      ELLIS, MICHAEL V. ILLINOIS

18-5372      BAGWELL, JAMES J. V. SOUTHERN NATIONAL ASSETS, LLC

18-5373      SYKES, OTIS V. UNITED STATES

18-5374      HYMAN, ADRIAN D. V. UNITED STATES

18-5375      HENRIQUEZ, CHRISTOPHER V. CALIFORNIA

18-5377      HUTCHINSON, JEFFREY G. V. FLORIDA

18-5378      CHAVEZ-GARCIA, ALEJANDRO V. UNITED STATES

18-5379      FREEMAN, MARILYN K. V. DIAZ, SEC., CA DOC, ET AL.

18-5380      LOPEZ, LUIS V. UNITED STATES

18-5382      FIEDLER, MURIEL V. BRINDLEY, MACE, ET AL.

18-5383      SHUMAN, JAMES R. V. UNITED STATES

18-5385      BELL, LEE C. V. UNITED STATES

18-5386      ALEXANDER, ALLEN V. NEW JERSEY

18-5388      ROBERTS, ALBERT W. V. UNITED STATES

18-5389      RODGERS, TORRICK J. V. UNITED STATES

18-5390      RAYYAN, KHALIL A. V. UNITED STATES
```

```
18-5392      CARTER, QUITMAN V. BLACKMON, WARDEN

18-5394      PEEBLES, CASEY V. UNITED STATES

18-5396      McMILLAN, CALVIN V. ALABAMA

18-5397      PARRA-RAMOS, ALEJANDRO V. UNITED STATES

18-5404      COOPER, CRAIG V. COURT OF APPEAL OF CA, ET AL.

18-5405      PIMENTEL-SOTO, FORTINO V. UNITED STATES

18-5406      McDANIEL, ORLANDO G. V. UNITED STATES

18-5407      MITROVIC, MLADEN V. UNITED STATES

18-5408      SERNA, NORBERTO V. CALIFORNIA

18-5414      DEICHERT, KEITH W. V. UNITED STATES

18-5416      HAMMOND, RAMAL V. OHIO

18-5419      GRIFFIN, KEVIN V. DiNAPOLI, THOMAS

18-5421      GAINES, SHEILA L. V. BERRYHILL, NANCY A.

18-5423      KIM, SEUNGJIN V. CUSTOMS AND BORDER PROTECTION

18-5426      RIVERO, GABRIEL V. UNITED STATES

18-5427      SAINT LOUIS, MONCLAIRE V. UNITED STATES

18-5430      BENNETT, JAMES D., ET UX. V. UNITED STATES, ET AL.

18-5431      MORRIS, MELVIN A. V. UNITED STATES

18-5433      ATKINS, HELEN V. JONES, SEC., FL DOC

18-5436      TAYLOR, RALPH D. V. UNITED STATES

18-5438      TULIN, ULRISTE V. UNITED STATES

18-5439      LONGORIA, ADAM V. UNITED STATES

18-5444      BUCHANAN, KENYAN D. V. UNITED STATES

18-5445      PYLES, JASON L. V. UNITED STATES

18-5452      REID, KENNETH R. V. USDC SC

18-5456      KACHINA, GARY A. V. UNITED STATES

18-5458      TAYLOR, KEVIN V. VANNOY, WARDEN

18-5461      HENDERSON, KEITH V. MINNESOTA
```

```
18-5462      SENIOR, ALFONSO V. V. HAYNES, SUPT., STAFFORD CREEK

18-5466      WILSON, LAWRENCE E. V. OHIO

18-5467      WYCHE, VIRGINIA D. V. FLORIDA

18-5469      DORTON, CHAD A. V. UNITED STATES

18-5470      BOHLMAN, JEREMY J. V. UNITED STATES

18-5471      CONTRERAS, ROMAN G. V. UNITED STATES

18-5473      CREDICO, JUSTIN M. V. UNITED STATES

18-5474      GARCIA-HERNANDEZ, HERIBERTO V. UNITED STATES

18-5480      LUSTER, BJORN C. V. UNITED STATES

18-5482      ZEPEDA-RAMIREZ, JOSE G. V. UNITED STATES

18-5483      VANDEMERWE, MARTIN R. V. LANGFORD, WARDEN

18-5484      WASHINGTON, WILLIAM N. V. CALIFORNIA

18-5488      JACKSON, EDDIE A. V. UNITED STATES

18-5490      LOWE, MARK M. V. VA DOC

18-5497      JOHNSON, TIMOTHY E. V. UNITED STATES

18-5500      REYNOLDS, BRIAN E. V. UNITED STATES

18-5508      DARBY, GERALD A. V. UNITED STATES

18-5510      JONES, QUINCY A. V. UNITED STATES

18-5511      TARVIN, MICHAEL J. V. MISSISSIPPI

18-5515      SALEMI, LOUIE A. V. UNITED STATES

18-5516      GALBREATH, ISAIAH V. UNITED STATES

18-5519      TEMPLETON, MARK V. AMSBERRY, SUPT., E. OR, ET AL.

18-5520      SELLERS, JAMES M. V. UNITED STATES

18-5521      RAMOS, MIGUEL A. V. UNITED STATES

18-5522      RAY, EDWARD V. V. DIAZ, SEC., CA DOC

18-5524      ROCHELLE, FARRELL V. VANNOY, WARDEN

18-5525      JOUETTE, JONATHAN E. V. UNITED STATES

18-5526      LOUGH, MICHAEL P. V. UNITED STATES
```

```
18-5527      CHAVEZ, JESUS A. V. UNITED STATES

18-5528      THURMAN, BRIAN V. UNITED STATES

18-5532      RUIZ-HERNANDEZ, GALINDO J. V. UNITED STATES

18-5533      SHANNON, BRANDON M. V. UNITED STATES

18-5535      SCHLEIVE, PAUL L. V. UNITED STATES

18-5539      PELTO, DEREK W. V. JONES, SEC., FL DOC, ET AL.

18-5541      STEPP-ZAFFT, DARREN K. V. UNITED STATES

18-5542      MAYER, STEPHEN V. UNITED STATES

18-5547      ESTRADA-CORRALES, JOSE V. UNITED STATES

18-5550      LOPEZ-PACHECO, MARIO V. UNITED STATES

18-5552      VEGA-JIMENEZ, VICTORIANO V. UNITED STATES

18-5554      TROCHE-ALVARADO, CARLOS V. UNITED STATES

18-5555      WOMACK, WILLIAM V. ADAMS, LANDAN, ET AL.

18-5556      BARNES, JOSEPH D. V. LANDRY, ATT'Y GEN. OF LA

18-5559      EASTER, TRAVIS M. V. AMSBERRY, SUPT., EAST OREGON

18-5561      NIEVES-GALARZA, JOSE V. UNITED STATES

18-5564      CURRY, TRAVIS C. V. OREGON

18-5565      EDWARDS, NICHOLAS V. PENNSYLVANIA

18-5576      ASAR, DIFANKH V. UNITED STATES

18-5585      MACKEY, KAREN V. UNITED STATES

18-5587      ROSA, BOBBY J. V. UNITED STATES

18-5588      SANCHEZ-JARA, JUAN M. V. UNITED STATES

18-5593      MITCHELL, MAURICE V. UNITED STATES

18-5598      MOORE, JOHN J. V. STEPHAN, WARDEN

18-5599      CHI, ANSON V. UNITED STATES

18-5601      RAMIREZ, JOSE V. UNITED STATES

18-5604      FLORES, JOE F. V. MONTGOMERY, ACTING WARDEN

18-5605      BEYER, ROBERT S. V. UNITED STATES
```

18-5606      DEMIRJIAN, HAGOP V. UNITED STATES

18-5607      JAMES, FRIDAY O. V. UNITED STATES

18-5613      SYKES, LADINA V. ILLINOIS

18-5614      SANTIAGO, ALEXANDER J. V. UNITED STATES

18-5615      CHAVIRA-NUNEZ, JOEL V. UNITED STATES

18-5617      BARTUNEK, GREGORY V. UNITED STATES

18-5620      ZUNIGA, MARIO V. UNITED STATES

18-5622      WALKER, SUSAN E. V. UNITED STATES

18-5624      VILLA-SARIANA, FELICIANO V. UNITED STATES

18-5630      EURE, HUNTER V. V. UNITED STATES

18-5636      SEARCY, EDGAR V. UNITED STATES

18-5638      PURNELL, DEBORAH A. V. ST. MARY'S HOSPITAL, ET AL.

18-5640      LAUX, FREDRICK A. V. ZATECKY, SUPT., PENDLETON

18-5642      FEJFAR, MIROSLAV V. UNITED STATES

18-5646      MARTIN, SYRUS V. GEORGIA

18-5647      MARES, JEREMY R. V. ILLINOIS

18-5651      SWOOPES, SAMUEL W. V. RYAN, DIR., AZ DOC, ET AL.

18-5653      BRAVEBULL, PAMELA L. V. UNITED STATES

18-5654      DANIELS, WILLIE L. V. UNITED STATES

18-5658      BROWN, TRACEY L. V. UNITED STATES

18-5663      DALE, CURTIS L. V. UNITED STATES

18-5665      CABRERA, ORESTES V. UNITED STATES

18-5667      BROWNE, MATTHEW D. V. UNITED STATES

18-5673      SMALLS, EUGENE V. UNITED STATES

18-5675      PATE, DAVID V. UNITED STATES

18-5678      PAUL, LEE A. V. UNITED STATES

18-5679      O'BRIEN, WILLIAM J. V. UNITED STATES

18-5680      McGEE, REGINALD V. UNITED STATES

18-5682      ANDERSON, LANDON T. V. UNITED STATES

18-5684      VERDUZCO-RANGEL, ALEJANDRO V. UNITED STATES

18-5685      PATTERSON, CLIFTON V. UNITED STATES

18-5686      MUNDLE, DWIGHT V. UNITED STATES

18-5693      KAY, ARLOW A. V. UNITED STATES

18-5696      CROFT, CURTIS V. ILLINOIS

18-5699      BOYD, CHUCK W. V. UNITED STATES

18-5701      AGUIAR, STEPHEN V. UNITED STATES

18-5706      ISLAS-HERNANDEZ, HUGO V. UNITED STATES

18-5708      ARNOLD, THOMAS J. V. JONES, SEC., FL DOC

18-5709      ANDERSON, PAUL A. V. UNITED STATES

18-5710      AMOR, ALEJANDRO V. UNITED STATES, EX REL. PENA

18-5715      SWEENEY, THOMAS A. V. UNITED STATES

18-5717      SAVANH, ANOUSONE V. UNITED STATES

18-5721      LEVY, CARLOS V. PARRIS, WARDEN

18-5725      THOMAS, ALFRED V. UNITED STATES

18-5729      DIAZ, JUAN V. HURWITZ, HUGH J., ET AL.

18-5731      COX, HEATHER J. V. UNITED STATES

18-5732      LaCONTE, JAMES V. UNITED STATES

18-5736      MOSES, JOSHUA V. UNITED STATES

18-5739      KINCHEN, TERRIL V. UNITED STATES

18-5744      CLARK, ARTHUR L. V. BERRY, WARDEN, ET AL.

18-5745      MOLINA, MIGUEL A. V. UNITED STATES

18-5748      MEEKS, RORY A. V. UNITED STATES

18-5751      BURKE, WILLIAM V. GEORGIA

18-5752      CAUSEY, RANDALL B. V. UNITED STATES

18-5754      CAMPILLO RESTREPO, IVAN R. V. UNITED STATES

18-5756      BLEVINS, SHONDOLYN R. V. UNITED STATES

```
18-5757    BERRY, MICHAEL L. V. NICHOLSON, WARDEN

18-5759    CASTELLANOS, DANIELA V. UNITED STATES

18-5766    DONG, JIAN-YUN V. UNITED STATES

18-5775    HOGAN, WILLIAM C. V. UNITED STATES

18-5776    PLACERES-CRUZ, CARLOS V. UNITED STATES

18-5778    DePRIEST, JON D. V. BONDI, ATT'Y GEN. OF FL, ET AL.

18-5780    CAPRA, PETER V. V. UNITED STATES

18-5788    DUTSCHKE, JAMES E. V. UNITED STATES

18-5789    THOMPSON, JOHN V. UNITED STATES

18-5790    TEAUPA, UIKI V. UNITED STATES

18-5795    IBARRA, LUIS A. V. UNITED STATES

18-5822    KEENE, CHARLES O. V. ILLINOIS

18-5854    LAMBRIGHT, JOE L. V. ARIZONA
```

          The petitions for writs of certiorari are denied.

```
17-1353    FORT PECK HOUSING AUTH., ET AL. V. HUD, ET AL.
```

          The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

```
17-1375    GERAWAN FARMING, INC. V. AGRICULTURAL LABOR RELATIONS BD.
```

          The motion of The NFIB Small Business Legal Center, et al.
for leave to file a brief as *amici curiae* is granted.  The
petition for a writ of certiorari is denied.

```
17-1397    SPENCER, STEVE V. ABBOTT, CHRIS, ET AL.
```

          The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

```
17-1438    NOBLE ENERGY, INC. V. CONOCOPHILLIPS CO.
```

          The petition for a writ of certiorari is denied.  Justice

Alito took no part in the consideration or decision of this petition.

17-1449     ARIZONA V. RUSHING, JASPER P.

The motion of respondent for leave to proceed *in forma pauperis* is granted.  The petition for a writ of certiorari is denied.

17-1478     JONES, SUSAN R. V. LIFE INSURANCE CO., ET AL.

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

17-1487     COOK, MELISSA K., ET AL. V. HARDING, CYNTHIA A., ET AL.

The motion of Concerned United Birthparents, Inc., et al. for leave to file a brief as *amici curiae* is granted.  The motion of American Association of Pro-Life Obstetricians & Gynecologists, et al. for leave to file a brief as *amici curiae* is granted.  The motion of 10 Feminist Academics and Advocates for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.

17-1592     MAKAH INDIAN TRIBE V. QUILEUTE INDIAN TRIBE, ET AL.

The motion of United Catcher Boats for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

17-1602     PICKARD, WILLIAM L. V. DEPT. OF JUSTICE

The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this petition.

17-1616     REGENERON PHARMACEUTICALS, INC. V. MERUS N.V.

The motion of Seven Chicago Patent Lawyers for leave to file

a brief as *amici curiae* is granted.  The petition for a writ of
certiorari is denied.

17-1633     CHILDREN'S HOSPITAL LA, ET AL. V. N. L.

The motion of California Hospital Association, et al.
for leave to file a brief as *amici curiae* is granted.  The
petition for a writ of certiorari is denied.

17-1638     SANCHEZ, NICOLE, ET AL. V. YOUNG COUNTY, TX, ET AL.

The motion of National Alliance on Mental Illness of Texas,
et al. for leave to file a brief as *amici curiae* is granted.
The petition for a writ of certiorari is denied.

17-1669     PROMEGA CORP. V. LIFE TECHNOLOGIES CORP., ET AL.

The petition for a writ of certiorari is denied.  The Chief
Justice took no part in the consideration or decision of this
petition.

17-1698     PACETTA, LLC, ET AL. V. PONCE INLET, FL

The motion of Cato Institute, et. al. for leave to file a
brief as *amici curiae* is granted.  The petition for a writ of
certiorari is denied.

17-6853     PARACHA, SAIFULLAH V. TRUMP, PRESIDENT OF U.S., ET AL.

The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

17-7974     WILLIAMS, JOSEPH V. JARVIS, WARDEN

The petition for a writ of certiorari is denied.  Justice
Kagan took no part in the consideration or decision of this
petition.

17-8457     ROBINSON, EVERETT B. V. UNITED STATES

17-8480     COUCHMAN, CHARLES D. V. UNITED STATES

The petitions for writs of certiorari are denied.   Justice Gorsuch took no part in the consideration or decision of these petitions.

17-8752     OLIVER, SCOTT D. V. LINK, SUPT., GRATERFORD, ET AL.

The petition for a writ of certiorari is denied.   Justice Alito took no part in the consideration or decision of this petition.

17-8910     JOHNSON, JOSEPH V. UNITED STATES

Because the Court lacks a quorum, 28 U. S. C. §1, and since the only qualified Justice is of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. §2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court."   The Chief Justice, Justice Thomas, Justice Ginsburg, Justice Breyer, Justice Alito, Justice Sotomayor, and Justice Kagan took no part in the consideration or decision of this petition.

17-8926     HARPER, DARRELL J. V. TEXAS, ET AL.

17-8958     HOLT, JOE D. V. BAKER, ROBERT, ET AL.

17-8991     BURGESS, ALBERT C. V. ELLIOTT, JOHN D., ET AL.

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.   See Rule 39.8.   As the petitioners have repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from

petitioners unless the docketing fees required by Rule 38(a) are paid and the petitions are submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

17-9005      SHOVE, THEODORE C. V. USDC CD CA

17-9041      CIOTTA, STEVEN V. HOLLAND, WARDEN

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8.

17-9086      WADE, MICHAEL V. UNITED STATES

The petition for a writ of certiorari is denied. Justice Gorsuch took no part in the consideration or decision of this petition.

17-9100      KLEINMAN, NOAH V. UNITED STATES

The motion of Fully Informed Jury Association for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

17-9101      DeCARLO, THOMAS R. V. TRUE, WARDEN

The petition for a writ of certiorari before judgment is denied.

17-9107      GRIGSBY, PHILIP A. V. UNITED STATES

17-9110      GRAHAM, STEVEN A. V. USDC MD FL

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8.

17-9115      GHAILANI, AHMED K. V. UNITED STATES

The petition for a writ of certiorari is denied. Justice Sotomayor and Justice Gorsuch took no part in the consideration

63

or decision of this petition.

17-9123     GREGORY, JOHNNY B. V. UNITED STATES

   The petition for a writ of certiorari is denied.  Justice
Kagan took no part in the consideration or decision of this
petition.

17-9170     SAFFORD, AARON N. V. UNITED STATES

   The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

17-9175     FLUTE, GARY V. UNITED STATES, ET AL.

17-9193     HALL, VIRGIL V. CHANDLER, WARDEN

   The motions of petitioners for leave to proceed *in forma
pauperis* are denied, and the petitions for writs of certiorari
are dismissed.  See Rule 39.8.

17-9239     BULLOCK, MONROE E. V. UNITED STATES

   The motion of petitioner for leave to proceed *in forma
pauperis* is denied, and the petition for a writ of certiorari is
dismissed.  See Rule 39.8.  Justice Kagan took no part in the
consideration or decision of this motion and this petition.

17-9255     FIGUEROA, LUIS V. RAMIREZ, WARDEN

   The motion of petitioner for leave to proceed *in forma
pauperis* is denied, and the petition for a writ of certiorari is
dismissed.  See Rule 39.8.  As the petitioner has repeatedly
abused this Court's process, the Clerk is directed not to accept
any further petitions in noncriminal matters from petitioner
unless the docketing fee required by Rule 38(a) is paid and the
petition is submitted in compliance with Rule 33.1.  See *Martin
v. District of Columbia Court of Appeals*, 506 U. S. 1 (1992)

(*per curiam*).

17-9262    MUA, JOSEPHAT, ET UX. V. CA CASUALTY INDEMNITY, ET AL.

17-9263    MUA, JOSEPHAT, ET UX. V. MARYLAND, ET AL.

17-9264    MUA, JOSEPHAT V. CA CASUALTY INDEMNITY, ET AL.

17-9265    MUA, JOSEPHAT, ET UX. V. CA CASUALTY INDEMNITY

17-9266    MUA, JOSEPHAT V. CA CASUALTY INDEMNITY, ET AL.

17-9324    McNAMARA, GREGG V. CALIFORNIA

      The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.  See Rule 39.8.

17-9369    STUCKEY, SEAN V. UNITED STATES

      The petition for a writ of certiorari is denied.  Justice Sotomayor took no part in the consideration or decision of this petition.

17-9374    CARTER, HOWARD A. V. KANE, KATHLEEN G., ET AL.

      The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

17-9413    KE, LEI V. FRY, JOHN, ET AL.

      The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

17-9446    ROGERS, RAYMOND L. V. BEASLEY, WARDEN

17-9501    SMITH, BENNY R. V. CLINE, WARDEN, ET AL.

      The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.  See Rule 39.8.  As the petitioners have repeatedly abused this Court's process, the Clerk is directed

not to accept any further petitions in noncriminal matters from petitioners unless the docketing fees required by Rule 38(a) are paid and the petitions are submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

17-9530      FLUTE, GARY V. UNITED STATES, ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

17-9538      HARPER, DARRELL J. V. JIM CROW

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

17-9568      ADAMS, ALEX V. DAVIS, DIR., TX DCJ

The petition for a writ of certiorari before judgment is denied.

18-8      COHEN, SAMUEL V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this petition.

18-17      KEISTER, RODNEY V. BELL, STUART, ET AL.

The motion of Alliance Defending Freedom, et al. for leave

to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.

18-97      LIU, MARION V. JANSSEN RESEARCH & DEV.

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

18-170     GENTRY, JOHN A. V. TENNESSEE, ET AL.

The motion of petitioner to expedite consideration of the petition for a writ of certiorari is denied.  The petition for a writ of certiorari is denied.

18-5002    GRAY, JOHN V. DAVIS, DIR., TX DCJ

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

18-5017    SELDEN, GLENN L. V. KOVACHEVICH, JUDGE, USDC, ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari before judgment is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

18-5030    WILLIAMS, SHAWN V. NORMAN, WARDEN

18-5070    WILLIAMS, MICHAEL B. V. MAYBERG, WARDEN

18-5101    REILLY, SEAN P. V. DAVIS, JENNIFER

18-5277    DAY, ROGER C. V. OFFICE OF THE PRESIDENT

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.  See Rule 39.8.

18-5323   CALDWELL, ROBERT V. TEXAS

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

18-5357   REDIFER, MICHAEL C. V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

18-5381   HANDY, ASLAM V. JOHNSON & JOHNSON, ET AL.

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

18-5417   HARDY, DAVID V. ADAMS, WILLIAM, ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

18-5428   BARRAQUIAS, RESTITUTO D. V. WILKIE, SEC. OF VA

The petition for a writ of certiorari is denied.  Justice Kagan took no part in the consideration or decision of this

68

petition.

18-5536     PACHECO, JOSEPH P. V. UNITED STATES

　　　The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

18-5538     GIESWEIN, SHAWN J. V. UNITED STATES

　　　The petition for a writ of certiorari is denied.  Justice
Kagan and Justice Gorsuch took no part in the consideration or
decision of this petition.

18-5574     ACKER, CHRISTINA J. V. UNITED STATES, ET AL.

　　　The motion of petitioner for leave to proceed *in forma
pauperis* is denied, and the petition for a writ of certiorari
is dismissed.  See Rule 39.8.  As the petitioner has
repeatedly abused this Court's process, the Clerk is directed
not to accept any further petitions in noncriminal matters from
petitioner unless the docketing fee required by Rule 38(a) is
paid and the petition is submitted in compliance with Rule
33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506
U. S. 1 (1992) (*per curiam*).

18-5578     AKEL, ANTONIO U. V. UNITED STATES

　　　The petition for a writ of certiorari is denied.  Justice
Kagan took no part in the consideration or decision of this
petition.

18-5631     JACOB, STEVEN M. V. FRAKES, DIR., NE DOC

　　　The motion of petitioner for leave to proceed *in forma
pauperis* is denied, and the petition for a writ of certiorari
is dismissed.  See Rule 39.8.  As the petitioner has
repeatedly abused this Court's process, the Clerk is directed

not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

18-5644   DELVA, GESNER V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Sotomayor took no part in the consideration or decision of this petition.

18-5820   EVANS, AUGUSTUS H. V. DELAWARE

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

**HABEAS CORPUS DENIED**

17-1647   IN RE KEITH HENDERSON, ET AL.

17-9023   IN RE LEXTER K. KOSSIE

17-9366   IN RE JERRY McCRARY

17-9384   IN RE ROBERT S. JENKS, III

17-9468   IN RE MASAO YONAMINE

18-5128   IN RE GIGI FAIRCHILD-LITTLEFIELD

18-5176   IN RE WINEX EUGENE

18-5208   IN RE GREGORY BARTUNEK

18-5472   IN RE ALAN J. HEDRICK

18-5492   IN RE DAVID L. COLSON

18-5577   IN RE ADAM D. BOYLEN

18-5580   IN RE CAMARON T. KYE-EL

18-5603   IN RE MARK KILMARTIN

18-5799   IN RE ROBERT N. SMITHBACK

18-5812      IN RE RICHARD DeCARO

             The petitions for writs of habeas corpus are denied.

17-9269      IN RE OTIS L. RODGERS

             The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of habeas corpus is dismissed.  See Rule 39.8.

17-9447      IN RE RAYMOND L. ROGERS

17-9480      IN RE EARNEST C. WOODS, II

             The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of habeas corpus are dismissed.  See Rule 39.8.  As the petitioners have repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioners unless the docketing fees required by Rule 38(a) are paid and the petitions are submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

18-5175      IN RE TERRENCE M. BROWN

18-5400      IN RE WILMA PENNINGTON-THURMAN

18-5543      IN RE ANDRE D. LEFFEBRE

             The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of habeas corpus are dismissed.  See Rule 39.8.

**MANDAMUS DENIED**

17-1570      IN RE LEONARD BIERI, III

17-1710      IN RE CURT GILGENBACH, ET UX.

17-8710      IN RE ARTHUR O. ARMSTRONG

17-8777      IN RE CHARLES LEE

17-8871       IN RE PERVIS PAYNE

17-8981       IN RE ANGEL RUIZ-RIVERA

17-9073       IN RE AIRRICK BEY

17-9290       IN RE BRIAN L. REDDEN

17-9355       IN RE DEREK WARDLAW

17-9465       IN RE GERARD D. McCREE

18-123        IN RE CITIZENS FOR FAIR REPRESENTATION, ET AL.

18-140        IN RE CLIVEN BUNDY

18-5025       IN RE DEREK WARDLAW

18-5064       IN RE KENNETH G. STOKES

18-5236       IN RE FERLANDO ESCO

18-5262       IN RE EDWARD McLAUGHLIN

18-5265       IN RE BRANDON LEE

18-5409       IN RE DANIEL RILEY

18-5449       IN RE MICHAEL D. SMITH

18-5579       IN RE BRENT COLE

       The petitions for writs of mandamus are denied.

17-1556       IN RE JESSIE D. McDONALD

17-1561       IN RE MICHAEL B. ELLIS, ET AL.

17-1562       IN RE HAROLD R. STANLEY

17-1563       IN RE MELBA L. FORD

17-1614       IN RE VOTER VERIFIED, INC.

17-1715       IN RE ROBERT A. McNEIL, ET AL.

       The petitions for writs of mandamus and/or prohibition are denied.

17-9201       IN RE SUSAN ROSE

       The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of

mandamus and/or prohibition is dismissed.  See Rule 39.8.

17-9240      IN RE CHRISTOPHER D. SCHNEIDER

     The petition for a writ of mandamus and/or prohibition is denied.

17-9443      IN RE RAYMOND L. ROGERS

     The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of mandamus is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin v. District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

18-5020      IN RE LEWIS BROWN

     The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of mandamus and/or prohibition is dismissed.  See Rule 39.8.  Justice Kagan took no part in the consideration or decision of this motion and this petition.

18-5671      IN RE KENNETH SIMPSON

     The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of mandamus is dismissed.  See Rule 39.8.

18-5740      IN RE MARK CLARK

18-5785      IN RE CLIFFORD WINKLES

     The petitions for writs of mandamus and/or prohibition are denied.

## PROHIBITION DENIED

17-1581     IN RE JEAN COULTER

17-8957     IN RE INZEL GAITOR

18-5157     IN RE JOSE L. AREVALO

        The petitions for writs of prohibition are denied.

## REHEARINGS DENIED

17-1532     KRAMER, LAUNCE V. UNITED STATES, ET AL.

17-6892     WILFORD, RICHARD A. V. UNITED STATES

17-7141     YOUNG, JAMES R. V. OCASIO, WARDEN

17-7633     DEVLIN, CHUCK V. MONTANA

17-7830     IN RE VINCENT W. ALDRIDGE, ET UX.

17-7885     GRIFFIN, ANTHONY, ET AL. V. HESS CORP., ET AL.

17-8230     WEST, ANTHONY V. BERGHUIS, WARDEN

17-8231     WHEELER, JIMMY V. DAVIS, C.

17-8319     DOREMUS, STANLEY B. V. BERRYHILL, NANCY A.

17-8444     FLORES GONZALEZ, ABEL V. FLORIDA, ET AL.

17-8471     BLAIR, ALLEN R. V. YUM BRANDS, ET AL.

17-8534     STARKS, JIMIE L. V. PARBALL CORP.

17-8627     ARLOTTA, JAMES V. COOK MOVING SYSTEM, INC., ET AL.

17-8653     MABRY, TREMAYNE J. V. VIRGINIA

17-8840     JOHNSTON, ANDREW J. V. UNITED STATES

17-8975     BUXTON, ANDY V. ESTOCK, SUPT., MERCER, ET AL.

        The petitions for rehearing are denied.

17-1321     GRANTON, CHRISTOPHER R. V. WA STATE LOTTERY

17-7074     CARTER, JEANETTA V. LABOR READY MID-ATLANTIC, INC., ET AL.

17-8938     GILLS, LEON V. UNITED STATES

        The motions for leave to file petitions for rehearing are denied.

# Exhibit B

No. _____

====================================

# In the
# Supreme Court of the United States

---

PAMELA B. STUART,

*Petitioner,*

v.

CATHERINE S. RYAN and
DEBORAH A. STUART,

*Respondents.*

---

**On Petition for a Writ of Certiorari
To The Fourth District Court of Appeals
of the State of Florida**

---

**PETITION FOR A WRIT OF CERTIORARI**

---

PAMELA B. STUART
Petitioner, *Pro se*
111 John's Island Drive #7
Vero Beach, FL 32963
(772)231-3398
(202) 999-2374 (cell)
pamstuart@aol.com

July 9, 2018

====================================

RECEIVED
JUL 1 1 2018
OFFICE OF THE CLERK
SUPREME COURT, U.S.

i

## QUESTIONS PRESENTED

1.  Whether the Takings Clause applies to the decisions of state courts, and, if so, under what circumstances may this Court review and remedy state judicial takings claims.

2.  What remedies are available to a private property owner whose established property rights under state law are extinguished by a state court by a decision that is contrary to established property law in that state?

3.  Whether the judicial decisions of the Florida state trial and appellate courts that contravened Petitioner's established property rights under Florida law in her permanent residence in Florida (a homestead protected from forced sale by the Florida Constitution), her one-third interest in her father's homestead which she acquired by inheritance, and a one-third interest in the personal property belonging to her deceased parents under the property laws and Constitution of the State of Florida constituted judicial takings in violation of the Takings Clause and the Due Process Clause of the Fifth Amendment to the U.S. Constitution as applied to the States by the Fourteenth Amendment thus entitling her to just compensation by the State of Florida?

ii

4.    Whether state judicial decisions that invalidated the domiciliary status and voting rights of Petitioner, a permanent resident of the State of Florida, contrary to established Florida and federal law violated Petitioner's Constitutionally protected right to travel and to move from state to state guaranteed by the Fourteenth Amendment and her Constitutional right to due process and equal protection of the laws?

5.    Whether state judicial decisions that imposed equitable liens upon residences in which Petitioner had a constitutional right of protection against forced sale under Article X, section 4 of the Florida Constitution in contravention of Petitioner's clearly established property rights under Florida's Constitution and statutes and in violation of precedents of the United States and Florida Supreme Courts constituted a judicial taking of those established property rights under the Fifth and Fourteenth Amendments that entitle Petitioner to just compensation by the State of Florida or are they merely void?