UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

| | |
|---|---|
| PAMELA B. STUART,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>CATHERINE S. RYAN,  )<br>  )<br>DEBORAH A. STUART,  )<br>  )<br>TENNIS TOWNHOUSES CONDOMINIUM )<br>ASSOCIATION, INC.,  )<br>  )<br>JEFFREY R. SMITH,  )<br>  )<br>STATE OF FLORIDA,  )<br>  )<br>  Defendants.  )<br>_____)  | Case No. 18-14244- CIV-<br>MARTINEZ/MAYNARD<br><br>FILED BY____CGA____D.C.<br><br>**Jan 24, 2019**<br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - Fort Pierce |

**MOTION FOR LEAVE TO LATE-FILE
PLAINTIFF PAMELA STUART'S RULE 72 OBJECTIONS TO THE
<u>REPORT AND RECOMMENDATIONS OF MAGISTRATE</u>**

Plaintiff *pro se* Pamela B. Stuart respectfully moves this Honorable Court for permission to file the attached Plaintiff's Rule 72 Objections to the Report and Recommendations of Magistrate one day late for good cause shown. In support of her motion, Plaintiff relies on the following points and authorities.

Since filing her motion for an extension of time within which to file her objections, Plaintiff has worked diligently to do the legal research and writing and compile her exhibits to file with the court on time. However, during the time since her motion for extension was filed.,

Plaintiff was the victim of a hit and run vehicular collision on January 9, 2019 at 9:30 pm. Instead of working on this pleading as she had intended for the rest of the night, she had to file a report at the local police station. The following day, she was interviewed by telephone by a civilian investigator who advised that leaving after colliding is a criminal offense in the District of Columbia and the prosecutors would need an estimate of the damages to the vehicle. So, instead of working on the motion, Plaintiff took time to go to the auto body shop twice to get an estimate.

Soon thereafter Plaintiff was advised that her application for assistance from the DC Government's Home Savers Program for seniors had been denied because the government reviewers concluded that Plaintiff's D.C. residence was not her primary residence. In the absence of the assistance, Plaintiff faces the prospect of losing her residence to foreclosure. This news greatly disturbed Plaintiff (especially after learning that Catherine Ryan and Deborah Stuart had filed a request in the local court to recognize their deficiency judgment), and she was unable to concentrate appropriately on working on this pleading for at least the rest of that day. Before resuming work on this pleading, Plaintiff spent time writing an appeal of that DC Government decision.

Plaintiff then went for a medical consultation with a surgeon that prompted her to spend a significant period of time one day researching possible ramifications from her upcoming surgical procedure.

Despite these intrusions of "real life," Plaintiff expected to be able to file the pleading on time via Federal Express. However, in order to make the last shipment tonight (January 22nd), Plaintiff had to leave her residence no later than 8 pm. She did not complete the pleading and assembling the necessary exhibits to send to the court until 8:40 pm.

Plaintiff sent an email notifying counsel of the problem and that she had been a victim of a hit and run which delayed her work on this pleading. So far, counsel for Jeffrey Smith and counsel for the Tennis Townhouses Condominium Association, Inc. have indicated that they have no objection to this motion for leave to file. Based upon her history with litigants Ryan and Stuart, Plaintiff anticipates that they will oppose the motion. Plaintiff has not yet heard from counsel for the State of Florida.

Based upon informal discussions with some federal judges in D.C. last week and her visit to the local court, the current federal government shutdown is affecting the operation of the DC federal courts negatively and Plaintiff anticipates that this court would prioritize criminal matters if the situation is similar in Ft. Pierce. She anticipates that the one day delay, although contrary to the court's most recent order and unintentional, would not prejudice the timely completion of work on this case.

Also, to the extent that Plaintiff needed to seek leave of court to file a lengthy response to the Magistrate Judge's 59 page report, Plaintiff seeks that permission.

WHEREFORE, for the foregoing reasons, Plaintiff submits that her motion should be granted and the court should direct that the attached objections to the Magistrate Judge's Report and Recommendations and exhibits thereto should be filed.

Dated: January 22, 2019                          Respectfully submitted,

*Pamela B. Stuart*
Plaintiff *pro se*
P.M.B. #8202
6001 Highway A1A
Indian River Shores, FL 32963-1014
(202) 999-2374 (cell)
(202) 244-0723 (landline)

pamstuart@aol.com<br>
Alternate: 5115 Yuma St., NW<br>
Washington, DC 20016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have sent the original of the foregoing Plaintiff Pamela Stuart's Motion for Leave to Late-File Plaintiff's Rule 72 Objections to the Report and Recommendations of Magistrate Judge Maynard to the Clerk of the Court for filing via overnight Federal Express delivery with fees prepaid and that I am serving a copy on counsel via first class mail with postage prepaid at their addresses provided of record this 23rd day of January, 2019.

_____
PAMELA B. STUART

copies to:

Jason L. Odom, Esq.
Gould, Cooksey Fennell, PA
979 Beachland Blvd.
Vero Beach, FL 32963
jodom@gouldcooksey.com

    Counsel for Defendant Jeffrey R. Smith, Clerk of the Circuit Court for Indian River County, Florida

Sean A. Mickley, Esq.
Kirwin Norris
15 W. Church Street, Suite 301
Orlando, FL 32801
sam@kirwinnorris.com

    Counsel for defendant, The Tennis Townhouses Condominium Association, Inc.

C. Douglas Vitunac, Esq.
Collins, Brown, Barkett, Garavaglia and Lawn, Chrtd.
756 Beachland Blvd.
Vero Beach, FL 32963
dvitunacpleadings@verolaw.com

    Counsel for Defendants Catherine Ryan and Deborah Stuart


Maria Guitian Barker, Esq.
Assistant Attorney General
State of Florida
110 S.E. 6th Street, 10th Floor
Ft. Lauderdale, FL 33301
maria.guitianbarker@MyFloridalegal.com

    Counsel for the State of Florida