UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 18-14244-Civ-MARTINEZ/Maynard

PAMELA B. STUART,

       Plaintiff,

v.

CATHERINE S. RYAN,
DEBORAH A. STUART,
TENNIS TOWNHOUSES
CONDOMINIUM ASSOCIATION, INC.,
JEFFREY R. SMITH, and
STATE OF FLORIDA,

       Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Catherine S. Ryan and Deborah A. Stuart submit this notice to advise the Court that, on January 31, 2019, in *Stuart v. Ryan*, Case Nos. 4D18-1904 and 4D18-2500, the Florida Fourth District Court of Appeal affirmed the final judgment of foreclosure and various other orders that Plaintiff Pamela B. Stuart had challenged concerning the foreclosure sale of 111 John's Island Drive, #7, Indian River Shores, Florida 32963. The decision of the Florida Fourth District Court of Appeal is attached hereto as Exhibit A.

Respectfully submitted, this 31st day of January, 2019.

       */s/ C. Douglas Vitunac*

       C. DOUGLAS VITUNAC, ESQ.
       Florida Bar No. 0028598
       COLLINS BROWN BARKETT, CHARTERED.
       *Attorneys for Defendants Catherine S. Ryan*
           *& Deborah A. Stuart*
       756 Beachland Boulevard
       Vero Beach, Florida 32964-3686
       (772) 231-4343
       dvitunacpleadings@verolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2019, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff *pro se* Pamela B. Stuart and all counsel of record via transmission of Notices of Electronic Filing.

/s/ *C. Douglas Vitunac*
_____
C. DOUGLAS VITUNAC, ESQ.
Florida Bar No. 0028598
COLLINS BROWN BARKETT, CHARTERED.
*Attorneys for Defendants Catherine S. Ryan*
  *& Deborah A. Stuart*
756 Beachland Boulevard
Vero Beach, Florida 32964-3686
(772) 231-4343
dvitunacpleadings@verolaw.com

DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAMELA BRUCE STUART**, individually and as Trustee of the **J. RAYMOND STUART REVOCABLE TRUST DATED JANUARY 2, 1990,** as amended, and the **MARITAL DEDUCTION TRUST** and the **NON-MARITAL DEDUCTION TRUST CREATED THEREUNDER,**
Appellant,

v.

**CATHERINE S. RYAN** and **DEBORAH A. STUART,** as Beneficiaries of the **J. RAYMOND STUART REVOCABLE TRUST DATED JANUARY 2, 1990,** as amended, and the **MARITAL DEDUCTION TRUST** and the **NON-MARITAL DEDUCTION TRUST CREATED THEREUNDER,** and **THE TENNIS TOWNHOUSES CONDOMINIUM ASSOCIATION, INC.,**
Appellees.

Nos. 4D18-1904 and 4D18-2500

[January 31, 2019]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312017CA000523.

Pamela B. Stuart, Indian River Shores, pro se.

C. Douglas Vitunac of Collins, Brown, Barkett, Garavaglia, and Lawn, Chartered, Vero Beach, for appellees Catherine S. Ryan and Deborah A. Stuart.

Ryan C. Scarpa of Block & Scarpa, Vero Beach, for appellee Tennis Townhouses Condominium Association, Inc.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

