UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 18-14244-Civ-MARTINEZ/Maynard

PAMELA B. STUART,

        Plaintiff,

v.

CATHERINE S. RYAN,
DEBORAH A. STUART,
TENNIS TOWNHOUSES
CONDOMINIUM ASSOCIATION, INC.,
JEFFREY R. SMITH, and
STATE OF FLORIDA,

        Defendants.

## DEFENDANTS CATHERINE S. RYAN AND DEBORAH A. STUART'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

Pursuant to S.D.Fla. L.R. 7.1(c), Defendants Catherine S. Ryan and Deborah A. Stuart hereby reply to Plaintiff's Opposition to Defendants' Motion to Strike.

Although Plaintiff purports to argue that her February 14, 2019 reply brief was not unauthorized, she cites nothing to support that proposition. Instead, Plaintiff addresses whether her initial objections, which she sought leave to late-file on January 24, 2019, were too long. In defending the length of her objections, Plaintiff quotes selectively from S.D.Fla. M.J.R. 4(b) in an attempt to bolster her incorrect claim that "responses to a Magistrate Judge's proposed findings, recommendations or report . . . are authorized without page limit." Doc, 76 at 2. What the rule <u>actually</u> says – just two sentences beyond the portion that Plaintiff included in her brief – is that "[a]bsent prior permission from the Court, <u>no party shall file any objections or responses to another party's objections exceeding twenty (20) pages in length</u>." S.D.Fla. M.J.R. 4(b)

(emphasis added).  Accordingly, as argued by Defendants, Plaintiff's objections were not merely untimely and meritless, they were also unacceptably long.

More to the point of the instant motion to strike, this Court's rules do not authorize the filing of a reply brief such as the one that Plaintiff submitted three weeks ago.  *See, e.g.*, *Fuentes v. Sec. Forever LLC*, No. 16-20483-civ, 2017 WL 3207775, at *5 (S.D. Fla. July 28, 2017) (granting motion to strike because "there is no authority that supports the filing of a reply to a response to objections").  Plaintiff's opposition offers nothing to the contrary.

Dated this 8th day of March, 2019.

Respectfully submitted,

*/s/ C. Douglas Vitunac*

C. DOUGLAS VITUNAC, ESQ.
Florida Bar No. 0028598
COLLINS BROWN BARKETT, CHARTERED.
*Attorneys for Defendants Catherine S. Ryan*
    *& Deborah A. Stuart*
756 Beachland Boulevard
Vero Beach, Florida 32964-3686
(772) 231-4343
dvitunacpleadings@verolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of <u>March, 2019</u>, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff *pro se* Pamela B. Stuart and all counsel of record via transmission of Notices of Electronic Filing.

*/s/ C. Douglas Vitunac*
_____
C. DOUGLAS VITUNAC, ESQ.
Florida Bar No. 0028598
COLLINS BROWN BARKETT, CHARTERED.
*Attorneys for Defendants Catherine S. Ryan*
*    & Deborah A. Stuart*
756 Beachland Boulevard
Vero Beach, Florida 32964-3686
(772) 231-4343
dvitunacpleadings@verolaw.com