*No Fee Paid*
*IFP Motion Filed*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

| | |
|---|---|
| PAMELA B. STUART | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-14244- CIV-<br>) MARTINEZ/MAYNARD |
| CATHERINE S. RYAN, | ) |
| DEBORAH A. STUART, | ) |
| TENNIS TOWNHOUSES CONDOMINIUM<br>ASSOCIATION, INC., | ) |
| JEFFREY R. SMITH, | ) |
| STATE OF FLORIDA, | ) |
| Defendants. | ) |

FILED BY _____ D.C.
APR 09 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## NOTICE OF APPEAL

Notice is hereby given that Pamela B. Stuart, (plaintiff pro se) in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 11th day of March, 2019.

*/s/ Pamela B. Stuart*
PAMELA B. STUART
Plaintiff, *pro se*
Address:  5115 Yuma Street, NW
          Washington, DC 20016
          202-244-0723
          202-999-2374 (cell)

Pamela B. Stuart
ATTORNEY AND COUNSELLOR AT LAW
Pelican Plaza
4139 North Highway A1A
Second Floor
Vero Beach, Florida 32963-3107

5115 June St NW
Washington DC 20016

pro se filing

USMS INSPECTED
BY: _____

Clerk, US District Court
Southern District of Florida
101 South US Highway 1
Room 1016
Ft Pierce, FL 34950



U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC
20016
APR 05, 19
AMOUNT
$1.30
R2304M111025-04